*Certificate of Insurance*

## Hartford Life and Accident Insurance Company

Hartford, Connecticut

THE HARTFORD

SPECIMEN COPY

**Policyholder** Publix Employees Federal Credit Union
**Policy Number** ADD 12448

We have issued a Policy to the Policyholder Our name the Policyholder name and the Policy Number are shown above The provisions of the Policy which are important to You are summarized in this Certificate consisting of this Certificate and any additional forms which have been made a part of this Certificate This Certificate replaces all certificates which may have been given to You earlier for the Policy The Policy alone is the only contract under which payment will be made Any difference between the Policy and this Certificate will be settled according to the provisions of the Policy

Richard G Costello *Secretary*    Thomas M Marra *President*

## SCHEDULE

**Insured Person**
Torey A Breedlove
PO Box 163167
Altamonte Spg FL 32716

**Effective Date of Coverage** /01/2007
**Basic (Non Contributory) Principal Sum Amount** $1,000
**Voluntary (Contributory) Principal Sum Amount** $300 000
**Coverage Type** Family
**Premium for Voluntary Plan** $135 00 Quarterly
**Coverage ID** 758-29657

**NOTE** Premiums will automatically be <deducted from/charged to/added to> Your share account the first week of each quarter begining with the effective date indicated above

**Accidental Death and Dismemberment Reduction on and after Age 70** On the date You attain age 70 Your amount of Principal Sum will reduce by 50% If You are age 70 or over You will not be eligible for a Principal Sum Amount that is more than 50% of the Principal Sum Amount(s) shown above

**Limitation** If You have more than one Certificate under the Policy s Voluntary Plan the total Principal Sum Amount of Voluntary coverage under all Certificates may not exceed the Maximum Amount of $300 000 under the Voluntary Accidental Death and Dismemberment Benefit If coverage exceeds the Maximum Amount premiums paid for coverage over the Maximum Amount will be refunded

## ADDITIONAL PROVISIONS

**30 DAY RIGHT TO EXAMINE CERTIFICATE We urge You to examine this certificate closely If You are not satisfied return it to Us within 30 days of Your Effective Date In that event We will consider it void from the certificate Effective Date and any premium paid will be refunded Any claims paid during the initial 30 day period will be deducted from the refund**

**CUSTOMER ASSISTANCE** For customer assistance and information call 1 800 360 7183 7 00 A M to 8 00 P M Monday through Friday and 8 30 A M to 5 00 P M Saturday CST

EXHIBIT
A

Exhibit "B"
1 of 5

ADDITIONAL PROVISIONS

SPECIMEN COPY

ADAPTIVE HOME AND VEHICLE BENEFIT (VOLUNTARY PLAN) If a Covered Person s Injury results in a covered loss except of loss of life and a benefit is payable under the Voluntary Plan s Accidental Death And Dismemberment Benefit we will pay the lesser of a) 2% of the Principal Sum b) the actual cost, or c) $2 500 for the one-time cost of alterations incurred within two years from the date of the accident to the Covered Person s a) principal residence and/or b) Private Automobile to make the residence accessible and/or the Private Automobile drivable or rideable for the Covered Person The benefit will be payable only if a) such home alterations are 1) made by a person or persons with experience in such alterations and 2) recommended by a recognized organization associated with the Injury and/or b) such vehicle modifications are 1) carried out by a person or persons with experience in such matters and 2) approved by the Motor Vehicle Department Private Automobile means a four wheeled private passenger car station wagon pick-up truck van sport utility vehicle or jeep type automobile which is not being used as a common carrier Common Carrier means a conveyance operated by a concern other than the Policyholder organized and licensed for the transportation of passengers for hire and operated by an employee of that concern Your Principal Sum Amount under the Voluntary Plan if elected is stated in the Schedule The Principal Sum Amount applicable to your Covered Dependents if any is shown as a percentage of your Principal Sum Amount in the Voluntary Plan s Accidental Death and Dismemberment Benefit

DAY CARE BENEFIT (VOLUNTARY PLAN) We will pay a Day Care Benefit for each of your Eligible Dependents who are covered under the policy if a) a Principal Sum is payable under the Accidental Death and Dismemberment Benefit because of your death and b) such dependent is under age 14 at the time of your death and c) proof of enrollment in a Day Care Program is provided as described below Payment will be made to the person who has legal physical custody of the Eligible Dependent and who has primary responsibility for the Eligible Dependent s Expenses Payment will be made in accordance with the Claims provision of the Policy Proof of enrollment for each child in a Day Care Program may be in the form of but will not be limited to the following a) a copy of the child s approved enrollment application in a Day Care Program or b) cancelled check(s) evidencing payment to a Day Care facility or Day Care Provider or c) a letter from the Day Care facility or Day Care provider stating that the child 1) is attending a Day Care Program or 2) has been enrolled in a Day Care Program and will be attending within 365 days of the date of your death Proof of enrollment must be sent to us prior to the last day of the 12th month on or next following the date of your death One Day Care Benefit payment will be made each year for a maximum of two (2) Day Care Benefit payments for each Eligible Dependent The Day Care Benefit is the lesser amount of a) the $2 000 or b) 2% of your Principal Sum Amount We will pay $1 000 in accordance with the Claims Provision for payment of benefits for loss of life if a) a Principal Sum is payable because of your death and b) no person qualifies as an Eligible Child for a Day Care Benefit Day Care Program means a program of child care which a) is operated in a private home school or other facility, and b) provides and makes a charge for the care of children and c) is licensed as a Day Care center or is operated by a licensed Day Care provider if such licensing is required by the state or jurisdiction in which it is located or d) if licensing is not required provides child care on a daily basis for 12 months a year

ACCIDENT HOSPITAL INDEMNITY BENEFIT (VOLUNTARY PLAN) We will pay the Monthly Benefit equal to 1% of a Covered Person s Principal Sum to a Maximum Monthly Amount of $2 500 or a portion thereof when a Covered Person is Confined during one or more periods of hospital confinement if a) the Confinement is due to Injury b) the first day of Confinement occurs within 30 days after the accident and c) the Confinement exceeds the Waiting Period of 7 days For a period of less than one month 1/30 of the Monthly Benefit will be paid for each day of Confinement for which benefits are payable We will not pay for any day of Confinement which a) is applied to the Waiting Period at the beginning of Confinement b) exceeds the Benefit Payment Period of 12 months or c) occurs after 2 years from the date of accident or d) exceeds the Monthly Benefit Payment will be made for the days applied to the Waiting Period if the Confinement exceeds the Waiting Period The Waiting Period is applied only once for any one accident Confined and Confinement mean a) being admitted to a Hospital for receiving inpatient hospital services and b) the patient is charged for at least one day's room and board by the hospital each time he or she is admitted A period of Confinement consists of consecutive days of Confinement following the date a Covered Person is admitted as an inpatient The last calendar day of a period of Confinement is not counted as a day of Confinement unless a charge is made for the last day Hospital means an institution which a) operates pursuant to law b) primarily and continuously provides medical care and treatment of sick and injured persons on an inpatient basis c) operates facilities for medical and surgical diagnosis and treatment by or under the supervision of a staff of legally qualified physicians and d) provides 24 hour a day nursing service by or under the supervision of registered graduate nurses (R N ) An institution which meets the preceding requirements except that it lacks facilities for surgical diagnosis and treatment will be regarded as a hospital if a) it is accredited by 1) the Joint Commission of the Accreditation of Hospitals 2) the American Osteopathic Association or 3) the Commission on the Accreditation of Rehabilitative Facilities and b) it primarily provides rehabilitative treatment of physical disabilities Hospital shall also include any licensed hospital which provides needed care or treatment of a child which a) is nonprofit b) primarily provides diagnosis treatment, or care for patients whose physical functions or movements are impaired by accident disease or congenital deformity and c) accepts patients for treatment without regard to race color national origin sex religion or affiliation even though it does not have facilities for major surgery or because treatment and care are primarily of a charitable nature Hospital does not mean any institution or part thereof which is used primarily as a) a nursing home convalescent home or skilled nursing facility b) a place for drug addicts or alcoholics or c) a place for rest custodial care or for the aged Your Principal Sum Amount under the Voluntary Plan if elected is stated in the Schedule The Principal Sum Amount for your Covered Dependents if any is shown as a percentage of your Principal Sum Amount in the Voluntary Plan s Accidental Death and Dismemberment Benefit

"Exhibit B'

2-5

SPECIMEN COPY

ADDITIONAL PROVISIONS

**PERMANENT TOTAL DISABILITY** If you give us written proof while you are alive that Total Disability a) resulted from Injury received before attaining the age 65 b) began within 12 months after the accident c) continued without interruption for at least 12 months and d) is reasonably expected to continue without interruption until your death we will pay a Monthly Benefit of 1% of your Principal Sum under the Voluntary Plan to a Maximum Amount of $1 500 for each month of your Total Disability which follows the date you give us written proof Payment of the Monthly Benefit will not exceed 25 months The amount of Principal Sum is shown in the Schedule Total Disability means your inability to perform the material and substantial duties of any occupation for which you are suited by education training and experience

**CERTIFICATE MODIFICATIONS** This certificate as issued is amended as follows (1) Under DEPENDENTS PERIOD OF COVERAGE the definition of Child(ren) is deleted and is replaced by the following Child or Children means your unmarried child stepchild newborn child from the moment of birth (if a written agreement to adopt such child has been entered into prior to the birth of the child whether or not the agreement is enforceable) legally adopted child child in the process of adoption foster child or other child in a court-ordered temporary or other custody from the moment of placement with you who a) is less than age 21 and primarily dependent on you for support and maintenance or b) is at least age 21 but less than age 25 (until the end of the calendar year in which the child reaches 25) who 1) regularly attends an institution of learning and 2) is primarily dependent on you for support and maintenance (2) Under DEPENDENTS PERIOD OF COVERAGE in the Incapacitated Child provision the age of a child is increased to age 25 (until the end of the calendar year in which the child reaches 25) (3) Subject to the Cancellation provision under the policy cancellation (either by us or the Policyholder) will not affect any claim for loss due to an accident which occurs before the effective date of the cancellation (4) Under CLAIMS under the Payment of Claims provision the reference to $1 000 is changed to be $3 000 (5) Under CLAIMS under Legal Actions section b) is deleted and is replaced by the following b) after the expiration of the applicable statute of limitations from the time written proof of loss is required to be given

Exhibit "B"

3 of 5

SPECIMEN COPY

# CERTIFICATE OF INSURANCE

**DEFINITIONS** We, Us or Our means the insurance company named on the face page You Your or Insured Person means an Eligible Person while he or she is covered under the Policy **Covered Person** means You or Your Eligible Dependent while You he or she is covered under the Policy **Injury** means bodily injury resulting directly from accident and independently of all other causes which occurs while the Covered Person is covered under the Policy Loss resulting from a) sickness or disease except a pus forming infection which occurs through an accidental wound or b) medical or surgical treatment of a sickness or disease is not considered as resulting from injury **Common Carrier** means a conveyance operated by a concern other than the Policyholder organized and licensed for the transportation of passengers for hire with published schedules and operated by an employee of that concern **On** when used with reference to any conveyance (land water or air) means in or on boarding or alighting from the conveyance **Civil or Public Aircraft** means an aircraft which a) has a current and valid Airworthiness Certificate b) is piloted by a person who has a valid and current certificate of competency of a rating which authorizes him or her to pilot the aircraft and c) is not operated by the militia or armed forces of any state national government or international authority **Airworthiness Certificate** means a) the Standard Airworthiness Certificate issued by the United States Federal Aviation Administration or b) a foreign equivalent issued by the governmental authority with jurisdiction over civil aviation in the country of its registry **Military Transport Aircraft** means a transport aircraft operated by a) the United States Air Mobility Command (AMC) or b) a national military air transport service of any country **Written Request** means any form provided by Us for the particular request

**INSURED PERSON PERIOD OF COVERAGE** **Effective Date** Your Effective Date of Coverage is stated in Your Schedule **Termination** Your coverage under the Basic Plan terminates on the earlier of a) the date the Policy is terminated b) the Premium Due Date on or next following the date You cease to be an active member of the Policyholder or c) the Premium Due Date on or next following the date the Policyholder terminates coverage under the Basic Plan of the Policy or ceases to pay the required premium Your coverage under the Voluntary Plan if elected terminates on the earlier of a) the date the Policy is terminated b) the first day of the next premium cycle following receipt of Your request that Your Voluntary Benefits be terminated c) the Premium Due Date on or next following the date You cease to be an active member of the Policyholder or d) the Premium Due Date on which You fail to pay any required premium for Voluntary Benefits subject to the Individual Grace Period provision **Request for Cancellation of Coverage** You may cancel Your coverage at any time You will be refunded any premium due as a result of such cancellation You may cancel by writing to Plan Administrator P O Box 40606 Nashville TN 37204 or by calling Customer Assistance **Request for Change in Coverage** If You give Us a Written Request for a change in Your coverage and if You a) are not eligible for the coverage requested the change will not become effective b) are eligible for the coverage requested the change will become effective on the first day of the next premium cycle following receipt of Your request **Individual Grace Period** After the first premium has been paid You will have a 31 day grace period following the date Your premium is due If Your premium has not been received by Us before the 31 day grace period ends Your Voluntary coverage under the Policy will terminate in accordance with the Termination provision unless reinstated **Reinstatement Following Termination** Any coverage which is reinstated will cover only those losses under this Policy which result from Injury which You and Your Covered Dependents sustained on or after the first day of the period to which the reinstatement premium payment is applied

**DEPENDENTS PERIOD OF COVERAGE** You are insured with Dependents Coverage if the Family Plan is stated in Your Schedule under Coverage Type You are not an Eligible Dependent **Eligible Dependents** 1) **Spouse** means Your spouse unless You and Your spouse are legally separated or divorced 2) **Child or Children** means Your unmarried child newborn child stepchild legally adopted child foster child or child in the process of adoption a) who is less than age 21 and primarily dependent on You for support and maintenance or b) who is at least age 21 but less than age 25 who regularly attends an institution of learning and is primarily dependent on You for support and maintenance **Effective Date** Each Eligible Dependent will become covered under the Policy on the later of a) the date You become an Insured Person b) the first day of the next premium cycle following receipt of Your Written Request for coverage of Dependents or c) the date the person qualifies as an Eligible Dependent **Termination** Coverage of each Eligible Dependent terminates on the Premium Due Date next following the earlier of a) the date You cease to be an Insured Person or b) the date he or she ceases to qualify as an Eligible Dependent **Incapacitated Child** Coverage of a Child who on the date he or she reaches age 21 or 25 is a) covered under the Policy b) mentally or physically incapable of earning his or her own living and c) unmarried and primarily dependent on You for support and maintenance will not terminate solely due to age However You must give Us notice of the incapacity within 31 days of the termination date Coverage will continue as long as a) the incapacity continues and b) the required premium is paid We may from time to time require proof of continued incapacity and dependency After the first two years We cannot require proof more than once each year **Request For Change In Coverage** If You give Us a Written Request for a change in coverage and a) are not eligible for the coverage requested it will not become effective or b) are eligible for the coverage requested the change will become effective the first day of the next premium cycle following receipt of Your request

**EXCLUSIONS** The Policy does not cover any Loss resulting from 1 intentionally self inflicted Injury suicide or attempted suicide whether sane or insane 2 war or act of war whether declared or undeclared 3 Injury sustained while full time in the armed forces of any country or international authority (Coverage will be provided for Injury resulting from non military or non combat activity within the U S ) 4 Injury sustained while riding On any aircraft except a Civil or Public Aircraft or Military Transport Aircraft 5 Injury sustained while riding On any aircraft a) as a pilot crewmember or student pilot b) as a flight instructor or examiner or c) if it is owned operated or leased by or on behalf of the Policyholder or any employer or organization whose eligible persons are covered under the Policy 6 Injury sustained while voluntarily taking drugs which federal law prohibits dispensing without a prescription including sedatives narcotics barbiturates amphetamines or hallucinogens unless the drug is taken as prescribed or administered by a licensed physician 7 Injury sustained while committing or attempting to commit a felony 8 Injury sustained as a result of being legally intoxicated from the use of alcohol

**ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT (BASIC PLAN - INSURED PERSON ONLY)** If Your Injury results in any of the following losses within 365 days after the date of accident We will pay the sum stated opposite the Loss shown in the Loss Table We will not pay more than the Principal Sum for all losses due to the same accident Your amount of the Principal Sum under the Basic Plan is shown in the Schedule

**ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT (VOLUNTARY PLAN)** If a Covered Person s Injury results in any of the following losses within 365 days after the date of accident We will pay the sum stated opposite the Loss shown in the Loss Table We will not pay more than the Principal Sum for all losses due to the same accident Your amount of the Principal Sum for the Voluntary Plan if elected is shown in the Schedule The Principal Sum for Your Dependents if Dependents Coverage is elected is a percentage of Your Principal Sum as follows

Exhibit "B"
4 of 5

SPECIMEN COPY

| | | Spouse | Each Child |
|---|---|---|---|
| You with | Spouse only | 60% | 0% |
| | Spouse & Child(ren) | 50% | 20% |
| | Child(ren) but no Covered Spouse | 0% | 25% |

*As determined on the date of accident

**LOSS TABLE**

| For Loss of | | |
|---|---|---|
| | Life | 100% Principal Sum |
| | Both Hands or Both Feet or Entire Sight of Both Eyes | 100% Principal Sum |
| | One Hand and One Foot | 100% Principal Sum |
| | Speech and Hearing in Both Ears | 100% Principal Sum |
| | Either Hand and Entire Sight of One Eye | 100% Principal Sum |
| | Either Foot and Entire Sight of One Eye | 100% Principal Sum |
| | Either Hand or Foot | 50% Principal Sum |
| | Entire Sight of One Eye | 50% Principal Sum |
| | Speech | 50% Principal Sum |
| | Hearing in Both Ears | 50% Principal Sum |
| | Thumb and Index Finger of Same Hand | 25% Principal Sum |

Loss means with regard to a) hands and feet actual severance through or above the wrist or ankle joints b) sight speech or hearing entire and irrecoverable Loss thereof c) thumb and index finger actual severance through or above the metacarpophalangeal joints **Exposure** Exposure to the elements will be presumed to be Injury if a) it results from the forced landing stranding sinking or wrecking of a conveyance in which the Covered Person was an occupant at the time of the accident and b) the Policy would have covered Injury resulting from the accident **Disappearance** A Covered Person will be presumed to have suffered Loss of Life if a) his or her body has not been found within one year after the disappearance of a conveyance in which he or she was an occupant at the time of its disappearance b) the disappearance of the conveyance was due to its accidental forced landing stranding sinking or wrecking and c) the Policy would have covered Injury resulting from the accident

**ANTI INFLATION BENEFIT (BASIC AND VOLUNTARY PLANS)** If a) a Covered Person s Injury results in a Loss and b) a Principal Sum is payable under the Voluntary Plan Accidental Death and Dismemberment Benefit We will pay an inflation adjustment in addition to the Principal Sum The Anti Inflation Benefit will be the amount of the Covered Person s Voluntary Plan s Principal Sum at the time of Claim multiplied by a) 5% for b) every two (2) years of continuous coverage the Covered Person had under the Policy to a maximum of ten (10) years and subject to a maximum of 125% of the Covered Person s original Principal Sum If a Covered Person adds to the coverage the Anti Inflation Benefit will be applied separately to each additional amount applied for likewise if coverage is reduced any Anti Inflation Benefit which was increased will be reduced proportionately

**COMMON CARRIER BENEFIT (VOLUNTARY PLAN)** If a Loss is sustained by a Covered Person while riding as a passenger on any Common Carrier the amount of Principal Sum payable under the Voluntary Accidental Death and Dismemberment Benefit will be doubled Your Principal Sum Amount under the Voluntary Plan if elected is stated in the Schedule The Principal Sum Amount applicable to Your Covered Dependents if any is shown as a percentage of Your Principal Sum Amount in the Voluntary Plan s Accidental Death and Dismemberment Benefit

**EDUCATION BENEFIT (VOLUNTARY PLAN)** If a) Your Eligible Dependent Child(ren) are covered under the Policy and b) a Principal Sum is payable under the Accidental Death and Dismemberment Benefit because of Your death We will pay an Education Benefit to each Student as provided below A Student is a person for whom We receive proof that he or she a) is covered as Your Eligible Dependent on the date of Your death and b) is a full time post high school student in a school for higher learning on the date of Your death or c) became a full time post high school student in a school for higher learning within 365 days after Your death and was a student in the 12th grade on the date of Your death He or she is not considered to be a Student after the first to occur of a) Our payment of the fourth Education Benefit to or on behalf of that person or b) the end of the 12th consecutive month during which We have not received proof that he or she is a Student The Education Benefit is equal to the amount determined by applying 2% to the amount of Your Principal Sum under the Voluntary Plan We will not pay more than one Education Benefit to *any one Student during any one school year The Education Benefit is payable to each person a) on the date and b) for whom* We have received proof that he or she is a Student If he or she is a minor We will pay the benefit to the Student s legal representative If a) a Principal Sum is payable because of Your death and b) no person qualifies as a Student We will pay 2% of Your Principal Sum under the Voluntary Plan in accordance with the claims provision for payment of benefits for Loss of Life

**CLAIMS Notice of Claim** The person who has the right to claim benefits (the claimant or beneficiary) must give Us written notice of a claim within 30 days after a covered Loss begins If notice cannot be given within that time it must be given as soon as reasonably possible The notice should include Your name and the Policy number Send it to Our Plan Administrator P O Box 40606 *Nashville TN 37204* ***Claim Forms*** *When We receive the notice of claim* We will send forms to the claimant for giving Us proof of Loss The forms will be sent within 15 days after We receive the notice of claim If the forms are not received the claimant will satisfy the proof of Loss requirement if a written notice of the occurrence character and nature of the Loss is sent to Us **Proof of Loss** Proof of Loss must be sent to Us in writing within 90 days after a) the end of a period of Our liability for periodic payment claims or b) the date of the Loss for all other claims If the claimant is not able to send it within that time it may be sent as soon as reasonably possible without affecting the claim The additional time allowed cannot exceed one year unless the claimant is legally incapacitated **Time of Claim Payment** We will pay any monthly benefit due a) on a monthly basis after We receive the proof of Loss while the Loss and Our liability continue or b) as soon as possible after We receive the required proof of Loss following the end of Our liability We will pay any other benefit due as soon as possible after We receive proof of Loss and other forms that may be necessary to adjudicate the claim **Payment of Claims** We will pay any benefit due for Loss of Your Life a) according to the beneficiary designation in effect under the Policy at the time of Your death otherwise b) to the survivors in equal shares in the first of the following classes to have a survivor at Your death 1) spouse 2) children 3) parents 4) brothers and sisters If there is no survivor in these classes payment will be made to Your estate All other benefits due and not assigned will be paid to You if living Otherwise the benefits will be paid according to the above If a benefit due is payable to a) Your estate or b) You or any person who is either a minor or not competent to give a valid release for the payment We may pay up to $1 000 of the amount to some other person The other person will be someone related to the minor or the incompetent person by blood or marriage who We believe is entitled to the payment We will be relieved of further responsibility to the extent of any payment made in good faith **Physical Examinations and Autopsy** While a claim is pending We have the right at Our expense a) to have the person who has a Loss examined by a physician when and as often as We feel is necessary and b) to make an autopsy in case of death where it is not forbidden by law **Legal Actions** You cannot take legal action against Us a) before 60 days following the date proof of Loss is sent to Us b) after 3 years following the date proof of Loss is due **Naming a Beneficiary** You may name a beneficiary or change a revocably named beneficiary by giving Your Written Request to the Policyholder Your request takes effect on the date You execute it regardless of whether You are living when the Policyholder receives it We will be relieved of further responsibility to the extent of any payment We made in good faith before the Policyholder received Your request **Assignment** We will recognize any assignment You make under the Policy provided a) it is duly executed and b) a copy is on file with Us We and the Policyholder assume no responsibility for the validity or effect of an assignment

<u>**Third Party Administrator Notice**</u> The Hartford Life and Accident Insurance Company has contracted with an independent Third Party Administrator to provide administrative services under a Policy issued to the Policyholder named in this Certificate

| | |
|---|---|
| The Insurance Carrier for the Policy is | Plan Administrator |
| *Hartford Life and Accident Insurance Company* | P O Box 40606 |
| 200 Hopmeadow Street | Nashville TN 37204 |
| Simsbury CT 06089 | **Please submit all claim forms to Administrator** |

Exhibit "B"
5 of 5