# SITE PLAN




EXHIBIT
5 2/14/12
OFCR. M. Davis
depobook.com

Alta
WESTGATE

00000107

EXHIBIT
C