
depobook.com
EXHIBIT
EXHIBIT
G

