Sun or Moon Rise/Set Table for One Year

Location: W081 23´, N28 32´ (degree signs printed above 081 and 28)

ORLANDO, FLORIDA
Rise and Set for the Sun for 2010

Eastern Standard Time

Astronomical Applications Dept.
U. S. Naval Observatory
Washington, DC 20392-5420

| | Jan. | | Feb. | | Mar. | | Apr. | | May | | June | | July | | Aug. | | Sept. | | Oct. | | Nov. | | Dec. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set |
| | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m | h m |
| 01 | 0718 | 1740 | 0713 | 1805 | 0651 | 1826 | 0616 | 1844 | 0545 | 1901 | 0528 | 1919 | 0531 | 1927 | 0547 | 1916 | 0604 | 1847 | 0618 | 1811 | 0637 | 1740 | 0701 | 1728 |
| 02 | 0718 | 1741 | 0713 | 1806 | 0649 | 1826 | 0614 | 1844 | 0544 | 1901 | 0528 | 1919 | 0532 | 1927 | 0548 | 1915 | 0604 | 1846 | 0619 | 1810 | 0638 | 1740 | 0701 | 1728 |
| 03 | 0719 | 1742 | 0712 | 1807 | 0648 | 1827 | 0613 | 1845 | 0543 | 1902 | 0528 | 1920 | 0532 | 1927 | 0548 | 1915 | 0605 | 1845 | 0620 | 1809 | 0639 | 1739 | 0702 | 1728 |
| 04 | 0719 | 1742 | 0712 | 1807 | 0647 | 1827 | 0612 | 1845 | 0542 | 1903 | 0528 | 1920 | 0533 | 1927 | 0549 | 1914 | 0605 | 1843 | 0620 | 1808 | 0640 | 1738 | 0703 | 1728 |
| 05 | 0719 | 1743 | 0711 | 1808 | 0646 | 1828 | 0611 | 1846 | 0542 | 1903 | 0528 | 1921 | 0533 | 1927 | 0549 | 1913 | 0606 | 1842 | 0621 | 1807 | 0640 | 1738 | 0704 | 1729 |
| 06 | 0719 | 1744 | 0710 | 1809 | 0645 | 1829 | 0610 | 1846 | 0541 | 1904 | 0527 | 1921 | 0534 | 1927 | 0550 | 1912 | 0606 | 1841 | 0621 | 1806 | 0641 | 1737 | 0704 | 1729 |
| 07 | 0719 | 1745 | 0710 | 1810 | 0644 | 1829 | 0609 | 1847 | 0540 | 1904 | 0527 | 1922 | 0534 | 1927 | 0551 | 1912 | 0607 | 1840 | 0622 | 1805 | 0642 | 1736 | 0705 | 1729 |
| 08 | 0719 | 1745 | 0709 | 1811 | 0643 | 1830 | 0608 | 1847 | 0539 | 1905 | 0527 | 1922 | 0534 | 1927 | 0551 | 1911 | 0607 | 1839 | 0622 | 1803 | 0643 | 1736 | 0706 | 1729 |
| 09 | 0719 | 1746 | 0708 | 1811 | 0642 | 1830 | 0607 | 1848 | 0539 | 1906 | 0527 | 1922 | 0535 | 1926 | 0552 | 1910 | 0608 | 1838 | 0623 | 1802 | 0643 | 1735 | 0707 | 1729 |
| 10 | 0719 | 1747 | 0708 | 1812 | 0641 | 1831 | 0605 | 1849 | 0538 | 1906 | 0527 | 1923 | 0535 | 1926 | 0552 | 1909 | 0608 | 1836 | 0623 | 1801 | 0644 | 1734 | 0707 | 1729 |
| 11 | 0719 | 1748 | 0707 | 1813 | 0640 | 1832 | 0604 | 1849 | 0537 | 1907 | 0527 | 1923 | 0536 | 1926 | 0553 | 1908 | 0609 | 1835 | 0624 | 1800 | 0645 | 1734 | 0708 | 1730 |
| 12 | 0719 | 1749 | 0706 | 1814 | 0639 | 1832 | 0603 | 1850 | 0537 | 1907 | 0527 | 1924 | 0536 | 1926 | 0553 | 1907 | 0609 | 1834 | 0625 | 1759 | 0646 | 1733 | 0709 | 1730 |
| 13 | 0719 | 1749 | 0705 | 1814 | 0637 | 1833 | 0602 | 1850 | 0536 | 1908 | 0527 | 1924 | 0537 | 1926 | 0554 | 1906 | 0610 | 1833 | 0625 | 1758 | 0646 | 1733 | 0709 | 1730 |
| 14 | 0719 | 1750 | 0705 | 1815 | 0636 | 1833 | 0601 | 1851 | 0535 | 1909 | 0527 | 1924 | 0537 | 1925 | 0554 | 1906 | 0610 | 1832 | 0626 | 1757 | 0647 | 1732 | 0710 | 1731 |
| 15 | 0719 | 1751 | 0704 | 1816 | 0635 | 1834 | 0600 | 1851 | 0535 | 1909 | 0528 | 1925 | 0538 | 1925 | 0555 | 1905 | 0611 | 1830 | 0626 | 1756 | 0648 | 1732 | 0710 | 1731 |
| 16 | 0719 | 1752 | 0703 | 1817 | 0634 | 1835 | 0559 | 1852 | 0534 | 1910 | 0528 | 1925 | 0538 | 1925 | 0555 | 1904 | 0611 | 1829 | 0627 | 1755 | 0649 | 1732 | 0711 | 1731 |
| 17 | 0719 | 1753 | 0702 | 1817 | 0633 | 1835 | 0558 | 1852 | 0534 | 1910 | 0528 | 1925 | 0539 | 1924 | 0556 | 1903 | 0612 | 1828 | 0628 | 1754 | 0650 | 1731 | 0712 | 1732 |
| 18 | 0719 | 1754 | 0701 | 1818 | 0632 | 1836 | 0557 | 1853 | 0533 | 1911 | 0528 | 1925 | 0539 | 1924 | 0557 | 1902 | 0612 | 1827 | 0628 | 1753 | 0650 | 1731 | 0712 | 1732 |
| 19 | 0719 | 1754 | 0700 | 1819 | 0631 | 1836 | 0556 | 1854 | 0533 | 1912 | 0528 | 1926 | 0540 | 1923 | 0557 | 1901 | 0612 | 1826 | 0629 | 1752 | 0651 | 1730 | 0713 | 1733 |
| 20 | 0718 | 1755 | 0659 | 1820 | 0629 | 1837 | 0555 | 1854 | 0532 | 1912 | 0528 | 1926 | 0541 | 1923 | 0558 | 1900 | 0613 | 1824 | 0629 | 1751 | 0652 | 1730 | 0713 | 1733 |
| 21 | 0718 | 1756 | 0658 | 1820 | 0628 | 1837 | 0554 | 1855 | 0532 | 1913 | 0529 | 1926 | 0541 | 1923 | 0558 | 1859 | 0613 | 1823 | 0630 | 1750 | 0653 | 1730 | 0714 | 1733 |
| 22 | 0718 | 1757 | 0657 | 1821 | 0627 | 1838 | 0553 | 1855 | 0531 | 1913 | 0529 | 1926 | 0542 | 1922 | 0559 | 1858 | 0614 | 1822 | 0631 | 1749 | 0654 | 1730 | 0714 | 1734 |
| 23 | 0717 | 1758 | 0657 | 1822 | 0626 | 1839 | 0552 | 1856 | 0531 | 1914 | 0529 | 1927 | 0542 | 1922 | 0559 | 1857 | 0614 | 1821 | 0631 | 1748 | 0654 | 1729 | 0715 | 1735 |
| 24 | 0717 | 1759 | 0656 | 1822 | 0625 | 1839 | 0551 | 1857 | 0531 | 1914 | 0529 | 1927 | 0543 | 1921 | 0600 | 1856 | 0615 | 1820 | 0632 | 1747 | 0655 | 1729 | 0715 | 1735 |
| 25 | 0717 | 1759 | 0655 | 1823 | 0624 | 1840 | 0550 | 1857 | 0530 | 1915 | 0530 | 1927 | 0543 | 1921 | 0600 | 1855 | 0615 | 1818 | 0633 | 1746 | 0656 | 1729 | 0716 | 1736 |
| 26 | 0716 | 1800 | 0654 | 1824 | 0623 | 1840 | 0549 | 1858 | 0530 | 1916 | 0530 | 1927 | 0544 | 1920 | 0601 | 1853 | 0616 | 1817 | 0633 | 1745 | 0657 | 1729 | 0716 | 1736 |
| 27 | 0716 | 1801 | 0653 | 1824 | 0621 | 1841 | 0548 | 1858 | 0530 | 1916 | 0530 | 1927 | 0544 | 1919 | 0601 | 1852 | 0616 | 1816 | 0634 | 1744 | 0658 | 1729 | 0717 | 1737 |
| 28 | 0715 | 1802 | 0652 | 1825 | 0620 | 1841 | 0547 | 1859 | 0529 | 1917 | 0530 | 1927 | 0545 | 1919 | 0602 | 1851 | 0617 | 1815 | 0635 | 1744 | 0658 | 1729 | 0717 | 1737 |
| 29 | 0715 | 1803 | | | 0619 | 1842 | 0547 | 1900 | 0529 | 1917 | 0531 | 1927 | 0545 | 1918 | 0602 | 1850 | 0617 | 1814 | 0635 | 1743 | 0659 | 1728 | 0717 | 1738 |
| 30 | 0714 | 1803 | | | 0618 | 1842 | 0546 | 1900 | 0529 | 1918 | 0531 | 1927 | 0546 | 1918 | 0603 | 1849 | 0618 | 1813 | 0636 | 1742 | 0700 | 1728 | 0718 | 1739 |
| 31 | 0714 | 1804 | | | 0617 | 1843 | | | 0528 | 1918 | | | 0547 | 1917 | 0603 | 1848 | | | 0637 | 1741 | | | 0718 | 1739 |

Add one hour for daylight time, if and when in use.

Back to form



EXHIBIT
H