IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIFFANYE BREEDLOVE as personal representative of the estate of Torey Breedlove, deceased, TAMESHA PRINCE on behalf of T.B.1, SHARELLE TYSON on behalf of T.B.2, and TERESA JONES on behalf of T.B.3 and T.B.4,

Case No.: 6:11-CV-991-ORL-28-GJK

Plaintiffs,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

______________________________/

**AFFIDAVIT OF TIMOTHY NAZZARO**

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned Notary Public, this date personally appeared TIMOTHY NAZZARO, who after being first duly sworn upon oath, deposes and says as follows:

1. I am over 21 years of age and competent to make this Affidavit.

2. I am a duly appointed Orange County Sheriff Deputy Sheriff in the Auto Theft Unit and held that position on January 2010. In my capacity as an Orange County Deputy Sheriff, I took possession of Torey Breedlove's vehicle, a GMC Yukon Denali (the "Denali"), upon its release by the Florida Department of Law Enforcement ("FDLE") on January 13, 2010, and subsequently conducted two inventory searches

EXHIBIT
I
tabbies

on the contents of the Denali. The facts set forth in this Affidavit, therefore, are based on my own personal knowledge.

3. On January 13, 2010, I followed and observed the Denali as it was being towed from the FDLE Orlando office to the Orange County Sheriff's Fleet Management facility at 2200 West Colonial Drive, Orlando, Florida. Under my supervision, the Denali was stored in a secure, fenced, rear parking area under tarps at the Fleet Management facility.

4. I conducted my first inventory search of the Denali on January 13, 2010. Due to the volume of broken glass inside the Denali, I was unable to complete the inventory search at that time. The vehicle and its contents remained secured until I conducted a second inventory search of the interior of the Denali on January 15, 2010.

5. During my second inventory search of the Denali, I discovered – among other items – a 16 GB Apple iPod Touch (serial number 1C9187WC203) with the name "Chris McLarnon" and a telephone number etched into the metal.

6. I called the telephone number and spoke with Chris McLarnon. Mr. McLarnon advised me that his iPod Touch had been stolen.

7. Following my conversation with Mr. McLarnon and based on my investigation, I determined that Mr. McLarnon reported to the Seminole County Sheriff's Office that his vehicle was burglarized and that items were stolen from his vehicle (including his iPod Touch) between 11:00 p.m. on January 3, 2010 and 11:00 a.m. on January 4, 2010.

8. The iPod Touch found in the Denali was confirmed to be the stolen property of Mr. McLarnon, and it was returned to Mr. McLarnon on January 25, 2010.

FURTHER AFFIANT SAYETH NOT.

Timothy J. Nazzaro
TIMOTHY NAZZARO

THE FOREGOING instrument was sworn to and subscribed before me this 25th day of May, 2012, by TIMOTHY NAZZARO who is personally known to me (__) or who provided ____________________________ __________ as proper identification.

Darla D. Jenkins
Notary Public

Darla D. Jenkins
(Print)

My Commission Expires:

NOTARY PUBLIC STATE OF FLORIDA
DARLA D. JENKINS
MY COMMISSION # DD 944350
EXPIRES: December 6, 2013
Bonded Thru Budget Notary Services