# OFFENSE REPORT

## Seminole County Sheriff's Office

### Public Version

| Agency ORI: | Region: | C.S.A.: | Grid: | For The Public: | Juvenile: | Domestic Violence: | Dating Violence: | Agency Report #: | Event #: |
|---|---|---|---|---|---|---|---|---|---|
| FL0590000 | NR | 35 | | Yes | No | No | No | 201000000100 | 20100041151 |

| Reported Day/Date: | Time Dispatched: | Time Arrived: | Time Completed: | Date Occurred From: | Date Occurred To: |
|---|---|---|---|---|---|
| Mon 1/4/2010 12:23 | 1/4/2010 12:23 | 1/4/2010 12:40 | 1/4/2010 13:24 | Sun 1/3/2010 23:00 | Mon 1/4/2010 11:00 |

| Neighborhood: | Forced Entry: | Occupancy: | Type of Weapon: | Location Type: | Munic: |
|---|---|---|---|---|---|
| COLONIAL GRAND AT TOWN F | Yes | Unoccupied | UNKNOWN | PARKING LOT/GARAG | LA |

Incident Address: [redacted] SANFORD FL [redacted]

Dispatch Address: 1050 COLONIAL GRAND LN LAKE MARY FL 32746

| # Offenses: | # Victims: | # Offenders: | # Prem. Ent: | # Arrested: | Drug Related: | Alcohol Related: | Call Disposition: | Signal Code: | Clearance: |
|---|---|---|---|---|---|---|---|---|---|
| 02 | 01 | 00 | 00 | 00 | U | U | I | 21VOR | Cleared By Excepti |

## OFFENSES SECTION

| Off # | Description | Statute# | UCR | Ordinance | Attempt/ Committ | Warrant # | DVR | Drug Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | BURG-OF STRUCTURE CONVEYANCE UNARMED WO PERSON INSIDE | 810.02 4 | 230D | No | C | | No | N/A |
| | | Drug Type: N/A | | | | | | |
| 2 | LARC-OVER 300 DOLLARS UNDER 20000 DOLLARS | 812.014 2c | 230D | No | C | | No | N/A |

## PERSON SECTION

VIC/WIT

Name: MCLARNON, CHRIS MICHAEL R/S: W/M DOB [redacted]1988 or Age: Offense Indicator: 1

Adult/Juvenile: A SSN: Hgt: 508 Wgt: 140 Hair: BROWN Eyes: BLUE DL #: DL State: FL

Person Type: VICTIM- ADULT City of Birth: WINTER PARK Place of Birth: FL

Address: [redacted] SANFORD, FL [redacted] Phone: [redacted]

Email: CellPhone:

OthPhone1: OthPhone2:

NOK: NOK

NOK Address: NOK Phone:

Employer Address: Job: STUDENT Bus. Phone:

Comments:

Relationship: UNDETERMINED

Foul Play Suspected: False

Extent of Injuries: None

Injury 1: NOT APPLICABLE

Injury 2: NOT APPLICABLE

TRUE COPY
SEMINOLE COUNTY
SHERIFF'S OFFICE
DONALD F. ESLINGER

EXHIBIT
tabbies
J

| Agency ORI: | Region: | C.S.A.: | Grid: | OFFENSE REPORT | | |
|---|---|---|---|---|---|---|
| FL0590000 | NR | 35 | | Seminole County Sheriff's Office | For The Public : Yes | Agency Report #: 201000000100 |
| | | | | Public Version | Juvenile : No | Event #: 20100041151 |
| | | | | PROPERTY | Domestic Violence : No | |
| | | | | | Dating Violence : No | |

Owner: MCLARNON, CHRIS MICHAEL
Item #: 1 Offense #: 1 Details: RADIO Est Value: $ 300.00
Qty: 1 Units: 1 Serial#: Owner #: NCIC : YRADIO
Model: Brand: PIONEER Evidence Tag: Size: Color: Theft Type: From Vehicle
Status: Stolen Damage: Other Recovered Date: Rec. Value: $ 0.00
PCN : NIC :

Property Narrative: Pioneer In-dash Radio

---

Owner: MCLARNON, CHRIS MICHAEL
Item #: 2 Offense #: 1 Details: 2 FIFTEEN INCH SUBS Est Value: $ 200.00
Qty: 2 Units: 1 Serial#: Owner #: NCIC : YSPEAKE
Model: Brand: Evidence Tag: . Size: Color: Theft Type: From Vehicle
Status: Stolen & Recovered Damage: Other Recovered Date: Rec. Value: $ 0.00
PCN : NIC :

Property Narrative: Two 15" Subs taken from rear compartment box

---

Owner: MCLARNON, CHRIS MICHAEL
Item #: 3 Offense #: 1 Details: 4 CONCERT SPEAKERS Est Value: $ 200.00
Qty: 4 Units: 1 Serial#: Owner #: NCIC : YSPEAKE
Model: Brand: Evidence Tag: Size: Color: Theft Type: From Vehicle
Status: Stolen Damage: Other Recovered Date: Rec. Value: $ 0.00
PCN : NIC :

Property Narrative: 4 concert speakers stolen, one from each door

---

Owner: MCLARNON, CHRIS MICHAEL
Item #: 4 Offense #: 1 Details: IPOD Est Value: $ 200.00
Qty: 1 Units: 1 Serial#: Owner #: NCIC : YIPOD
Model: IPOD Brand: APPLE Evidence Tag: Size: Color: Theft Type: From Vehicle
Status: Stolen Damage: Other Recovered Date: Rec. Value: $ 0.00
PCN : NIC :

Property Narrative: ipod stolen from interior compartment

---

Owner: MCLARNON, CHRIS MICHAEL
Item #: 5 Offense #: 1 Details: 2 AMPLIFIERS Est Value: $ 400.00
Qty: 2 Units: 1 Serial#: Owner #: NCIC : YAMP
Model: Brand: Evidence Tag: Size: Color: Theft Type: From Vehicle
Status: Stolen Damage: Other Recovered Date: Rec. Value: $ 0.00
PCN : NIC :

Property Narrative: 2 Amplifiers stolen from inside vehicle

TRUE COPY
SEMINOLE COUNTY
SHERIFF'S OFFICE
DONALD F. ESLINGER

---

Owner: *OWNER NOT ENTERED*
Item #: 6 Offense #: 1 Details: 3 LATENT PRINT PRINT CARDS Est Value: $ 0.00
Qty: 3 Units: 1 Serial#: Owner #: NCIC : YLATENT
Model: Brand: Evidence Tag: BS-1 Size: Color: WHI Theft Type:
Status: Case Evidence/Seized Damage: N/A Recovered Date: Rec. Value: $ 0.00
PCN : NIC :

Property Narrative: 3 latent print cards - taken from driver's door, rear passenger door (driver's side), front passenger side door.

Agency ORI: FL0590000 | Region: NR | C.S.A.: 35 | Grid:

**OFFENSE REPORT**

# Seminole County Sheriff's Office

## Public Version

For The Public : Yes
Juvenile : No
Domestic Violence : No
Dating Violence : No

Agency Report #: 201000000100
Event #: 20100041151

**VEHICLES**

Vehicle #: 1 | Offense #: 1 | Status: 9 Other | Damage: 8 STRIPPED/THEFT FROM

Vehicle Type: 02 TRUCK/VAN/BUS | Year: 2004 | Make: CHEV | Estimated Value: $ 8,000.00
Model: TK | Style: LL

VIN: 1GNEK13Z24R175861 | Color: BLK | Veh. Length: | Boat Type:
Tag #: S597WA | Tag State: FL | Decal #: 07817242 | Tag Year: 2010 | Tag Type: PC
Description: 2004 BLACK CHEVY SUV

Locked: Yes | Windows Closed: Yes | Keys in Ignition: No | Property in Vehicle: Yes | Property Tagged: No | Located: No | Loc. Date:
Insurance Co: | Policy #:
Lein Holder: | FCIC/NCIC:
Recovery Date: | Recovery Code: | Recovered Value: $ 0.00
Recovery Geography: | Orignal Agency:
Recovery Address:
Damaged Amt: $ 0.00 | Comp. Stripped: | Theft Method:
Towed Date: | Towed From: | Wrecker:
Towed To: | Reason:
Hold: No | Hold Reason: | Hold By:
Notified Date: | Notified Whom: | Notified By:
Release Date: | Released To: | Released By:
Receipt #:
PCN: | NIC:

**NARRATIVES**

Rpt Date: 1/4/2010 14:36 | Reporter: 109090 Simonson, Brian T | Clearance: 0 Open | Narr. Type: O
Mod By: SCSO\bsimonso | Mod Date: 1/4/2010 16:25 | Related Case Number:

On 01-04-2010, at approximately 1300 hours, I was dispatched to [redacted] Seminole County, in reference to a vehicle burglary that occurred last evening.

Upon arrival, I was met by Chris McLarnon, victim, who advised me that between the dates and times of 01/03/2010 at 2300 hours, and 01/04/2010 at 1100 hours, person(s) unknown entered the listed vehicle by unknown means and then removed the listed property from the passenger compartments of the vehicle. I observed the window in the rear passenger driver's side door was broken, glass fragments were scattered on the floorboard and rear passenger seat, wiring was exposed from an opening in the dash where the radio would have been located, and an empty sub box was turned over with wiring exposed. The vehicle was located in the back of an adjacent parking lot, obscured from view by all apartments. I observed no other vehicles in the vicinity which appeared to have been burglarized.

Mr. McLarnon stated his Pioneer headset, two fifteen inch subs, two amplifiers, four concert speakers, and one ipod were stolen from the passenger compartment of the vehicle. Mr. McLarnon advised he had additional documentation with serial numbers for the stolen items on file at another location.

I processed the vehicle and lifted several prints from the driver's side door, driver's side passenger door, and passenger side front door. Latent prints were submitted to evidence with tag # BS-1. Digital photographs were taken and attached to the report. Mr. McLarnon provided a written, sworn statement listing the stolen property and signed the affidavit for prosecution section. Mr. McLarnon was provided a Victim's Notice of Rights brochure and a case number to provide additional information.

I swear/affirm the above statements are true and correct.
Officer's Signature:

Simonson, Brian T 109090
Name and Employee #(Printed)

Sworn to and subscribed before me, the undersigned authority, this ____ day of ____________, in the year ________.
Name/Title of Person Authorized to Administer Oath.

TRUE COPY
SEMINOLE COUNTY
SHERIFF'S OFFICE
DONALD F. ESLINGER

Rpt Date: 1/27/2010 8:13 | Reporter: 197093 CANNADAY, MICHAEL | Clearance: 2 Cleared By Exception | Narr. Type: S
Mod By: SCSO\mcannada | Mod Date: 1/27/2010 8:13 | Related Case Number:

1/21/10 spoke with Det. Nazzaro OCSO. He advised the iPod in this case was found in the vehicle of Torey Breedlove and verified by the victim. It has since been returned to the victim. Breedlove was killed by OCSO when he tried to ram them. An inventory of the car found the ipod. They were tracking him and the track put him in seminole in this area during the time frame this burglary. Case will be cleared by exception due to death of offender.

| Agency ORI: | Region: | C.S.A.: | Grid: | OFFENSE REPORT | | Agency Report #: |
|---|---|---|---|---|---|---|
| FL0590000 | NR | 35 | | Seminole County Sheriff's Office | For The Public : Yes | 201000000100 |
| | | | | Public Version | Juvenile : No | Event #: |
| | | | | | Domestic Violence : No | 20100041151 |
| | | | | | Dating Violence : No | |

| I swear/affirm the above statements are true and correct. Officer's Signature: | Sworn to and subscribed before me, the undersigned authority, this _____ day of ______________, in the year ____________. |
|---|---|
| CANNADAY, MICHAEL 197093 Name and Employee #(Printed) | Name/Title of Person Authorized to Administer Oath. ______________________ |

## ADMINISTRATIVE SECTION

Was Crime Scene Processed: No ProcessedBy:

| | | | | | | |
|---|---|---|---|---|---|---|
| Officer Reporting: | 109090 Simonson, Brian T | Officer Shift: A | Division: NR | Unit: P3613 | Date: 1/4/2010 |
| Reviewed By: | 190071 SWEENEY, JOSEPH STANLEY | Review Date: 01/04/2010 | Routed To: NR | | |
| Assigned To: | 197093 CANNADAY, MICHAEL | Assigned Date: 1/5/2010 | Assigned Dept: NR | | |
| Clearance: | Cleared By Exception | Clearance Date: 1/27/2010 | Referred To: | | |

Comments:

TRUE COPY
SEMINOLE COUNTY
SHERIFF'S OFFICE
DONALD F. ESLINGER

# SEMINOLE COUNTY SHERIFF`S OFFICE

| REPORT OF INVESTIGATION | Page 1 of 2 |
|---|---|
| File Title:<br>(Defendant): | Case Number: 201000000100<br>Date: 01 / 07 / 2010 |
| File Name: LATENT PRINT REPORT | |
| REPORT PREPARED BY: Ahern, Jennie<br>Seminole County Sheriff`s Office | |
| REPORT STRUCTURE:<br>Related Cases / Charges / Synopsis / Details / People / Evidence / Vehicles | |

RELATED CASES

CHARGES:

BURG-OF STRUCTURE CONVEYANCE UNARMED WO PERSON INSIDE F.S.S. 810.024

LARC-OVER 300 DOLLARS UNDER 20000 DOLLARS F.S.S. 812.0142c

SYNOPSIS:

TRUE COPY
SEMINOLE COUNTY
SHERIFF'S OFFICE
DONALD F. ESLINGER

| | |
|---|---|
| Investigator's Signature | Date: |
| Supervisor's Signature/Approval | Date: |

# REPORT OF INVESTIGATION

| | |
|---|---|
| CASE NUMBER: 201000000100 | Page 2 of 2 |
| INVESTIGATOR: CANNADAY, MICHAEL | |

DETAILS:

SEMINOLE COUNTY SHERIFF'S OFFICE
FORENSIC LABORATORY SERVICES DIVISION
LATENT PRINT ANALYST REPORT

EXHIBIT(S):

BS1(1 - 3) Three latent lift cards

EXAMINATIONS:

No latent prints of value for comparison purposes were noted on Exhibits BS1(1 - 3).

Investigative hours expended: 1 @ $39.19 = $ 39.19

**Victim(s):**

| | | |
|---|---|---|
| CHRIS MICHAEL MCLARNON | W/M | 05/17/1988 |
| 4726 FALLING ACORN CIR APT 4726 | | |
| SANFORD, FL 32771 | | 407-620-2600 |

**Evidence - Property:**

**BS-1 3 LATENT PRINT PRINT CARDS**

**3 latent print cards - taken from driver`s door, rear passenger door (driver`s side), fro passenger side door.**

I swear/afffirm the above and reversed and attached statements are true and correct.
Officer's Signature:

Sworn to and subscribed before me, the undersigned authority, this _______ day of ___________ in the year of ______________.

Name/Title of person authorized to administer oath:

TRUE COPY
SEMINOLE COUNTY
SHERIFF'S OFFICE
DONALD F. ESLINGER

# Seminole County Sheriff's Office Statement
## Victim / Witness Statement

☒ Adult

☐ Juvenile

Deputy: D/S B. Simonson ID: 3613/1637 Date: 1-4-2010
Case Number: 2010000100 Case Type: Veh. Burgl. CSA: 35

Section one

**Sworn written statement from:**

**Sworn Voluntary Statement From: Victim / Witness / Suspect / Missing Person**

Full Name: Chris Michael McLarnon Date of Birth: [redacted] 88 S.S. # [redacted] 6125
Address: [redacted] Apt #: [redacted] City: Sanford State: FL Zip: [redacted]
Hm. Phone: (   ) Wk. Phone: [redacted] Cell Phone: [redacted]
Race: White Sex: M Height: 5'8 Weight: 140 Hair: Brown Eyes: Blue
D.L.# : [redacted] State: FL City & State of Birth: Winter Park, FL
Employer & Address:
Identifying Scars / Marks / Tattoos:

Section Two

**False Information Affidavit**

I, Chris McLarnon, CERTIFY THAT THE STATEMENTS MADE TO THE ABOVE LISTED SEMINOLE COUNTY SHERIFF'S OFFICE LAW ENFORCEMENT OFFICER CONCERNING THE ABOVE LISTED INCIDENT / OFFENSE WERE VOLUNTARILY MADE. I FURTHER CERTIFY THAT I AM AWARE OF THE FOLLOWING STATUTE AND PENALTIES AS PROVIDED BY FLORIDA STATE STATUTE 837.05, 775.082, AND 775.083 TO-WIT: WHOEVER KNOWINGLY GIVES FALSE INFORMATION TO ANY LAW ENFORCEMENT OFFICER CONCERNING THE ALLEGED COMMISSION OF ANY CRIME IS GUILTY OF A MISDEMEANOR OF THE FIRST DEGREE, PUNISHABLE BY A DEFINITE TERM OF IMPRISONMENT NOT EXCEEDING ONE YEAR AND / OR A FINE NOT TO EXCEED $1,000.

Stolen Head unit Pioneer Ipod.
Two Fifteen inch subs
Two Amplifiers
4 concert speakers
Car back window parked out front apartment complex, window busted out on back drivers side. Stereo equipment stolen

11:45 pm parked car
11:00 a.m noticed damage
Total Value: $4,000

TRUE COPY
SEMINOLE COUNTY
SHERIFF'S OFFICE

I, Chris McLarnon will prosecute the individual(s) that are responsible for the above listed incident(s).

x Chris McLarnon
Signature of person making statement

Form of ID produced: FL. DL.

Sworn to and subscribed before me this 04 day of January 2010.

Cpl. M. A. Dowda Cpl. M.A. Dowda 39503
Printed Name and Signature of Law Enforcement Officer or Notary / Id Number

Page 1 of 1