

# Criminal History Information Request

12 APR 23 AM 11: 44

Pursuant to provisions of Chapter 119 and Section 943.053, Florida Statutes, I am requesting a criminal history record check on the following individual:

X? 50 28422 8F 4/24/12

| | |
|---|---|
| Last Name: Breedlove | Reserve this space for stamping FDLE's results |
| First Name: Torey    Middle Name: A. | FDLE determined that the attached record for the State of Florida SID #502 8422 MAY be the same as the person you requested. Without fingerprints, FDLE cannot make a complete identification. |
| Other Names Used: | |
| Race: Black  Sex: Male  Date of Birth: ▮1982 | |
| Social Security Number: ▮1732 | |

### Required Information

Last & First Name - Complete name of person    Sex - Male or Female    Date of Birth

Race - White; Black; American Indian or Alaskan; Asian or Pacific Islander; or Unknown

*****INDICATE HISPANIC PERSONS AS WHITE OR BLACK BASED ON SKIN COLOR*****

### Optional Information

Social Security Number, Middle Name & Other Names Used

### Payment Options

Personal or Business Check – Must include pre-printed name of account holder and mailing address

Money Order – Must be made payable in U.S. Funds

**All payments must be made payable to FDLE**

Please print this form and mail it (along with the required $24 processing fee, payable to FDLE) to:

Florida Department of Law Enforcement
User Services Bureau
Criminal History Services
P.O. Box 1489
Tallahassee, FL 32302

Failure to supply the required information (name, race, sex and date of birth) will greatly reduce our chances of reasonably associating your subject with a possible record in our extensive files.

Mail Criminal History Information Request Results To:

| Contact Person: David De Piano | Street: 2400 East Commercial Boulevard, Suite 1100 |
|---|---|
| Contact Telephone: (954) 351-4825 | City: Fort Lauderdale |
| ORI Number:  (if applicable) | State: Florida |
| Date Submitted: April 13, 2012 | ZIP: 33021 |

Payment in the amount of  $24  is enclosed.
(The fee is $24 per individual inquired upon.)



EXHIBIT K

ATTORNEYS AT LAW

2400 EAST COMMERCIAL BLVD, SUITE 1100   FORT LAUDERDALE, FLORIDA 33308-4044

www.sedgwicklaw.com   954.958.2500 *phone*   954.958.2513 *fax*

# Sedgwick LLP

RECEIVED

12 APR 23 AM 11:44

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT

*David J. De Piano, Esquire*
Phone: (954) 351-4825
Fax: (954) 958-2513
E-Mail: david.depiano@sedgwicklaw.com

April 17, 2012

Florida Department of Law Enforcement
User Services Bureau
Criminal History Services                         **VIA U.S. MAIL**
P.O. Box 1489
Tallahassee, Florida 32302

Re:   *Torey A. Breedlove Certified Criminal History*

To whom it may concern:

Enclosed please find a completed criminal history information request form, which seeks a <u>certified copy</u> of the criminal history of Torey A. Breedlove (D.O.B. ▇▇▇▇ 1982, ssn: ▇▇▇▇ 1732). We have also enclosed a check in the amount of $24.00 made payable to the Florida Department of Law Enforcement, along with self-addressed, stamped envelopes to facilitate your return of the certified criminal history to my office.

Please contact me if you have any questions or if any issues arise related to this request. Thank you.

Sincerely,

David J. De Piano

Enclosures

02489-000139 | 341 | djd

```
          F L O R I D A   D E P A R T M E N T   O F   L A W   E N F O R C E M E N T
          Pursuant to federal regulation (28 CFR 20) this record may  be used   only for
          stated purpose for which it was requested. Charges  and dispositions as coded
          herein  reflect  standardized uniform offense and disposition classifications
          for computerized criminal history records.More detailed and specific informa-
          tion may be available from contributors. The department does not warrant that
          these records are comprehensive or accurate, only that  this record  contains
          all information on  the subject that the department has  received and is pre-
          sently authorized by law to disseminate.
          ================================================================================


               REPORT FOR FDLE, CIB, NAMESSEARCH SECTION  BATCH 20120423101

               THE FOLLOWING RECORD IS ASSOCIATED WITH  TRANSACTION: 000015
               CONTROL NBR:           NAME: BREEDLOVE, TOREY A




               SID NBR:  5028422   PURPOSE CODE:P             PAGE NBR:   1

                              ***REPORTED DECEASED***

          BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
          A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

             ** THIS CRIMINAL HISTORY CONTAINS A JUVENILE ARREST RECORD **

                      -   FLORIDA   CRIMINAL   HISTORY   -

     NAME                        STATE ID NO.   FBI NO.      DATE REQUESTED
     BREEDLOVE, TOREY            FL-05028422                 04/24/2012

     SEX   RACE   BIRTH DATE    HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE   SKIN
     M     B            1982    6'04''    200    BRO    BLK    US

     FINGERPRINT CLASS    SOCIAL SECURITY NO.   MISCELLANEOUS NO.     SCR/MRK/TAT
                          XXX-XX-6966

       IN AFIS - 3

     OCCUPATION            ADDRESS                       CITY/STATE
     STUDENT                                             ORLANDO, FL
     DNA: Y
     ------------------------------------------------------------------------------
     AKA                              DOB             SOC            SCR/MRK/TAT
     BREEDLOVE, TORREY                1981            XXX-XX-1732
     BREEDLOVE, TOREY ADRELL
     BREEDLOVE, TOREY A
     JAMES, WILLIAM C
     BREEDLOVE, TOREY ADREU



                         ===       66600        ===
```

```
         SID NBR:  5028422    PURPOSE CODE:P          PAGE NBR:   2


------------------------------------------------------------------------------
***************************************** JUVENILE **********************
ARREST-  1   10/14/1998      OBTS NO.-4821004894
    ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE             (FL0480000)
      AGENCY CASE-J22750                     OFFENSE DATE-
      CHARGE 001-TRESPASSING-                              ,
             CONVEY
             STATUTE/ORDINANCE-FL810.08      LEVEL-MISDEMEANOR
  JUDICIAL-
    AGENCY-ORANGE COUNTY COURT                              (FL048083J)
      CHARGE 001 -COURT SEQ                  COURT NO.-481998CJ007321000AOX
         PROSC DATA-W/O PROSC INV
         COURT DATA-TRESPASSING-
                          STRUCTURE OR CONVEYANCE
             STATUTE/ORDINANCE-              LEVEL-MISDEMEANOR,2ND DEG
             DISP DATE-01/21/1999            DISP-DISMISSED
             COUNSEL-UNKNOWN    TRIAL-       PLEA-NOT GUILTY
------------------------------------------------------------------------------
***************************************** JUVENILE **********************
ARREST-  2   01/17/2000      OBTS NO.-0010612270
    ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE             (FL0480000)
      AGENCY CASE-J22750                     OFFENSE DATE-
      CHARGE 001-STOLEN PROPERTY-                          ,
             VEH
             STATUTE/ORDINANCE-FL812.014     LEVEL-FELONY
      CHARGE 002-RESISTING OFFICER-                        ,
             WO VIOL
             STATUTE/ORDINANCE-FL843.02      LEVEL-MISDEMEANOR
  JUDICIAL-
    AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO                (FL048015A)
      CHARGE 001 -COURT SEQ                  COURT NO.-482000CJ000433000AOX
         PROSC DATA-AMENDED       ,VEHICLE THEFT-
                          GRAND THEFT AUTO GRAND SECOND DEGREE
             STATUTE/ORDINANCE-              LEVEL-FELONY     ,2ND DEG
             DISP DATE-02/16/2000            DISP-DROPPED/ABANDONED
             COUNSEL-UNKNOWN    TRIAL-       PLEA-
      CHARGE 002 -COURT SEQ                  COURT NO.-482000CJ000433000AOX
         PROSC DATA-SAME AS ABOVE,RESISTING OFFICER-
                          OBSTRUCT WO VIOLENCE
             STATUTE/ORDINANCE-              LEVEL-MISDEMEANOR,1ST DEG



             ===          66600         ===
```

```
        SID NBR: 5028422   PURPOSE CODE:P           PAGE NBR:   3


            DISP DATE-02/16/2000              DISP-DROPPED/ABANDONED
            COUNSEL-UNKNOWN    TRIAL-          PLEA-
      ADDED  CHG -COURT SEQ                   COURT NO.-482000CJ000433000AOX
        PROSC DATA-INIT BY PROSC,RESISTING OFFICER-
                        FLEE ELUDE LEO WITH LIGHTS SIREN ACTIVE
            STATUTE/ORDINANCE-                LEVEL-FELONY     ,3RD DEG
            DISP DATE-04/03/2000              DISP-NOLLE PROSSED
            COUNSEL-UNKNOWN    TRIAL-          PLEA-
  ------------------------------------------------------------------------
  ***************************************** JUVENILE **********************
  ARREST-  3  06/30/2000    OBTS NO.-4822002423
      ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE            (FL0480000)
      CHARGE 001-CONTEMPT OF COURT-                ,
             CIRCUIT OR COUNTY                     ,PRINCIPAL
             STATUTE/ORDINANCE-FL900.04     LEVEL-MISDEMEANOR
                  ARMED ROBBERY/GRAND THEFT/HOME I
  JUDICIAL-
      AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO              (FL048015A)
      CHARGE 001 -COURT SEQ                    COURT NO.-482000CJ001767000AOX
        PROSC DATA-AMENDED       ,ROBBERY-
                        WITH FIREARM REF COC
            STATUTE/ORDINANCE-                LEVEL-FELONY    ,1ST DEG
            DISP DATE-08/28/2000              DISP-DROPPED/ABANDONED
            COUNSEL-UNKNOWN    TRIAL-          PLEA-
      ADDED  CHG -COURT SEQ                   COURT NO.-482000CJ001767000AOX
        PROSC DATA-INIT BY PROSC,ROBBERY-RESID-WEAPON-
                        HOME INVASION W/FIREARM OTHER DEADLY WEAPON
            STATUTE/ORDINANCE-                LEVEL-FELONY    ,1ST DEG
            DISP DATE-08/28/2000              DISP-DROPPED/ABANDONED
            COUNSEL-UNKNOWN    TRIAL-          PLEA-
      ADDED  CHG -COURT SEQ                   COURT NO.-482000CJ001767000AOX
        PROSC DATA-INIT BY PROSC,LARCENY-
                        GRAND THEFT
            STATUTE/ORDINANCE-                LEVEL-FELONY    ,3RD DEG
            DISP DATE-08/28/2000              DISP-DROPPED/ABANDONED
            COUNSEL-UNKNOWN    TRIAL-          PLEA-
  ------------------------------------------------------------------------
  ARREST-  4  02/13/2001    OBTS NO.-0012962821
      ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE            (FL0480000)
      AGENCY CASE-340708                      OFFENSE DATE-


              ===        66600           ===
```

```
   SID NBR:  5028422    PURPOSE CODE:P           PAGE NBR:    4


   CHARGE 001-FAILURE TO APPEAR-                    ,
         RECK DR MISD
         STATUTE/ORDINANCE-FL316.192         LEVEL-MISDEMEANOR
   CHARGE 002-FAILURE TO APPEAR-                    ,
         DWLS MISD
         STATUTE/ORDINANCE-FL322.34          LEVEL-MISDEMEANOR
   CHARGE 003-HIT AND RUN-                          ,
         ACCID MORE 50 DMG
         STATUTE/ORDINANCE-FL316.061         LEVEL-MISDEMEANOR
JUDICIAL-
   AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO                (FL048015A)
   CHARGE 001 -COURT SEQ               COURT NO.-482000CT010576000AOX
       PROSC DATA-AMENDED       ,MOVING TRAFFIC VIOL-
                    RECKLESS DRIVING REF FTA
           STATUTE/ORDINANCE-                LEVEL-MISDEMEANOR
           DISP DATE-06/18/2001              DISP-NOLLE PROSSED
           COUNSEL-UNKNOWN     TRIAL-        PLEA-
   CHARGE 002 -COURT SEQ               COURT NO.-482000CT010577000AOX
       PROSC DATA-AMENDED       ,NONMOVING TRAFFIC VIOL-
                    DWLSR WITH KNOWLEDGE REF FTA
           STATUTE/ORDINANCE-                LEVEL-MISDEMEANOR,1ST DEG
           DISP DATE-06/18/2001              DISP-NOLLE PROSSED
           COUNSEL-UNKNOWN     TRIAL-        PLEA-
   CHARGE 003 -COURT SEQ               COURT NO.-482000CT010578000AOX
       PROSC DATA-AMENDED       ,HIT AND RUN-
                    LEAVE SCENE OF ACCIDENT >50DOLS DAMAGE REF FTA
           STATUTE/ORDINANCE-                LEVEL-MISDEMEANOR
           DISP DATE-06/18/2001              DISP-NOLLE PROSSED
           COUNSEL-UNKNOWN     TRIAL-        PLEA-
-----------------------------------------------------------------------
ARREST-   5    08/09/2001     OBTS NO.-0012952410
   ARREST AGENCY-ORLANDO POLICE DEPARTMENT                 (FL0480400)
   AGENCY CASE-254922                    OFFENSE DATE-
   CHARGE 001-LOITERING-                             ,
         AND PROWL
         STATUTE/ORDINANCE-FL856.021         LEVEL-MISDEMEANOR
JUDICIAL-
   AGENCY-ORANGE COUNTY COURT                              (FL048083J)
   CHARGE 001 -COURT SEQ               COURT NO.-482001MM013115000AOX
       PROSC DATA-W/O PROSC INV



              ===        66600         ===
```

```
         SID NBR: 5028422    PURPOSE CODE:P           PAGE NBR:   5


             DISP DATE-                        DISP-N/A
      COURT DATA-LOITERING-
                         LOITERING OR PROWLING
             STATUTE/ORDINANCE-                LEVEL-MISDEMEANOR,2ND DEG
             DISP DATE-10/17/2001              DISP-ADJUDICATION WITHHEL
             COUNSEL-UNKNOWN    TRIAL-         PLEA-NOLO-CONTENDRE
             SENT DATE-10/17/2001
             CONFINEMENT-                      1D,COUNTY
               SUSPENDED SENT-                   CREDITED TIME-        1D
             FINE-   $157                      COURT COST-   $301
      CRT PROVISIONS- WOA FTPF 02032003
      SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
---------------------------------------------------------------------
ARREST-  6   04/10/2002    OBTS NO.-3702033367
   ARREST AGENCY-TALLAHASSEE POLICE DEPARTMENT          (FL0370300)
      AGENCY CASE-TL02013495              OFFENSE DATE-
      CHARGE 001-BURGLARY-                           ,
            OF STRUCTURE CONVEYANCE UNARMED WO PERS INSIDE,FACILITATE
            STATUTE/ORDINANCE-FL810.02(4)    LEVEL-FELONY    ,3RD DEG
      CHARGE 002-LARCENY-                            ,
            THEFT IS 300 DOLS OR MOR BUT LESS THAN 5K DOLS,FACILITATE
            STATUTE/ORDINANCE-FL812.014(2C1)  LEVEL-FELONY   ,3RD DEG
   JUDICIAL-
      AGENCY-2ND CIRCUIT COURT - TALLAHASSEE           (FL037035J)
      CHARGE 001 -COURT SEQ            COURT NO.-372002CF001278AXXXXX
         SUPPLEMENTAL ARREST DATA-
             STATUS-                          LEVEL-FELONY    ,3RD DEG
         PROSC DATA-        BURGLARY-
                         BURGL OF STRUCTURE CONVEYANCE UNARMED WO PERS
             PRINCIPAL          ,
             STATUTE/ORDINANCE-FL810.02(4)    LEVEL-FELONY    ,3RD DEG
             STATUTE DESCRIPTN-UNARMED BURG OF UNOCCUPIED STRUCT OR CONVEY
             DISP DATE-05/17/2002             DISP-N/A
         COURT DATA-BURGLARY-
                         BURGL OF STRUCTURE CONVEYANCE UNARMED WO PERS
             PRINCIPAL          ,
             STATUTE/ORDINANCE-FL810.02(4)    LEVEL-FELONY    ,3RD DEG
             STATUTE DESCRIPTN-UNARMED BURG OF UNOCCUPIED STRUCT OR CONVEY
             DISP DATE-06/10/2002             DISP-ADJUDICATION WITHHEL
             COUNSEL-PRIVATE    TRIAL-NONE    PLEA-NOLO-CONTENDRE



             ===       66600           ===
```

```
SID NBR:  5028422    PURPOSE CODE:P              PAGE NBR:   6


        SENT DATE-06/10/2002
                  CONCURRENT ,2002CF01278A00
          PROBATION-  1Y
   SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
  CHARGE 002 -COURT SEQ                    COURT NO.-372002CF001278AXXXXX
      SUPPLEMENTAL ARREST DATA-
              STATUS-                      LEVEL-FELONY    ,3RD DEG
       PROSC DATA-              LARCENY-
                        GRAND THEFT IS 300 OR MORE BUT LESS THAN 5000
          PRINCIPAL          ,
          STATUTE/ORDINANCE-FL812.014(2C1)    LEVEL-FELONY    ,3RD DEG
          STATUTE DESCRIPTN-GRAND THEFT 300 LESS THAN 5K DOLS
          DISP DATE-05/17/2002              DISP-N/A
       COURT DATA-LARCENY-
                        GRAND THEFT IS 300 OR MORE BUT LESS THAN 5000
          PRINCIPAL          ,
          STATUTE/ORDINANCE-FL812.014(2C1)    LEVEL-FELONY    ,3RD DEG
          STATUTE DESCRIPTN-GRAND THEFT 300 LESS THAN 5K DOLS
          DISP DATE-06/10/2002              DISP-ADJUDICATION WITHHEL
          COUNSEL-PRIVATE    TRIAL-NONE     PLEA-NOLO-CONTENDRE
          SENT DATE-06/10/2002
                  CONCURRENT ,2002CF01278A00
          PROBATION-  1Y
   SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
-----------------------------------------------------------------------
ARREST-  7  06/23/2002      OBTS NO.-4802009568
   ARREST AGENCY-EATONVILLE POLICE DEPARTMENT                (FL0480700)
     AGENCY CASE-340708                    OFFENSE DATE-
     CHARGE 001-RESISTING OFFICER-                         ,
             OBSTRUCT WO VIOLENCE
             STATUTE/ORDINANCE-FL843.02       LEVEL-MISDEMEANOR,1ST DEG
   JUDICIAL-
     AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO               (FL048015A)
     CHARGE 001 -COURT SEQ                   COURT NO.-482002MM000559000AEX
       SUPPLEMENTAL ARREST DATA-
             STATUS-                          LEVEL-MISDEMEANOR,1ST DEG
       PROSC DATA-SAME AS ABOVE,RESISTING OFFICER-
                         RESISTING OFFICER
          STATUTE/ORDINANCE-FL843.02          LEVEL-MISDEMEANOR,1ST DEG
          STATUTE DESCRIPTN-OBSTRUCT WO VIOLENCE


           ===        66600          ===
```

```
         SID NBR: 5028422   PURPOSE CODE:P           PAGE NBR:   7


            DISP DATE-08/08/2002                DISP-DROPPED/ABANDONED
            COUNSEL-OTHER     TRIAL-          PLEA-
         SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
------------------------------------------------------------------------
ARREST-   8   02/03/2003    OBTS NO.-4803020715
   ARREST AGENCY-APOPKA POLICE DEPARTMENT                  (FL0480100)
      AGENCY CASE-340708                    OFFENSE DATE-
      CHARGE 001-CONTEMPT OF COURT-                       ,
           BY NOT ANSWERING SUMMONS UNK OR MISD LEVEL
           STATUTE/ORDINANCE-FL901.11          LEVEL-MISDEMEANOR
   JUDICIAL-
      AGENCY-ORANGE COUNTY COURT                           (FL048083J)
      CHARGE 001 -COURT SEQ             COURT NO.-482001MM013115A001OX
         SUPPLEMENTAL ARREST DATA-
            STATUS-REARREST     ,OBT 0012952410  LEVEL-
            COUNSEL-UNKNOWN    TRIAL-          PLEA-
         CRT PROVISIONS- REF COC WOA FTPF LOITERING OR PROWLING
------------------------------------------------------------------------
ARREST-   9   09/14/2004    OBTS NO.-4801048882
   ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE            (FL0480000)
      AGENCY CASE-340708                    OFFENSE DATE-
      CHARGE 001-LARCENY-                                 ,
           THEFT IS  300 OR MORE BUT LESS THAN  5000
           STATUTE/ORDINANCE-FL812.014         LEVEL-FELONY   ,3RD DEG
      CHARGE 002-BURGLARY-
           DWELLING STRUCTURE OR CONVEYANCE ARMED
           STATUTE/ORDINANCE-FL810.02          LEVEL-FELONY   ,1ST DEG
      CHARGE 003-LARCENY-                                 ,
           THEFT IS  300 OR MORE BUT LESS THAN  5000
           STATUTE/ORDINANCE-FL812.014         LEVEL-FELONY   ,3RD DEG
      CHARGE 004-BURGLARY-
           DWELLING STRUCTURE OR CONVEYANCE ARMED
           STATUTE/ORDINANCE-FL810.02          LEVEL-FELONY   ,1ST DEG
      CHARGE 005-PROB VIOLATION-                          ,
           OR COMMUNITY CONTROL REF UNK FEL MISD JUV NON
           STATUTE/ORDINANCE-FL948.06          LEVEL-FELONY
   JUDICIAL-
      AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO             (FL048015A)
      CHARGE 001 -COURT SEQ             COURT NO.-482004CF011773000BOX
         PROSC DATA-SAME AS ABOVE,LARCENY-


               ===       66600         ===
```

```
        SID NBR:   5028422    PURPOSE CODE:P              PAGE NBR:     8


                              THEFT
                STATUTE/ORDINANCE-                LEVEL-FELONY       ,3RD DEG
                DISP DATE-02/25/2005              DISP-NOLLE PROSSED
                COUNSEL-UNKNOWN    TRIAL-         PLEA-
      SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
      CHARGE 002 -COURT SEQ                       COURT NO.-482004CF011773000BOX
          SUPPLEMENTAL ARREST DATA-
                    STATUS-                       LEVEL-FELONY       ,1ST DEG
            PROSC DATA-AMENDED       ,LARCENY-
                              THEFT
                STATUTE/ORDINANCE-                LEVEL-FELONY       ,3RD DEG
                DISP DATE-02/25/2005              DISP-NOLLE PROSSED
                COUNSEL-PRIVATE    TRIAL-         PLEA-
      SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
      CHARGE 003 -COURT SEQ                       COURT NO.-482004CF011773000BOX
          SUPPLEMENTAL ARREST DATA-
                    STATUS-                       LEVEL-FELONY       ,3RD DEG
            PROSC DATA-AMENDED       ,LARCENY-
                              THEFT
                STATUTE/ORDINANCE-                LEVEL-FELONY       ,3RD DEG
                DISP DATE-10/22/2004              DISP-NO ACTION TAKEN
                COUNSEL-PRIVATE    TRIAL-         PLEA-
      SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
      CHARGE 004 -COURT SEQ                       COURT NO.-482004CF011773000BOX
          SUPPLEMENTAL ARREST DATA-
                    STATUS-                       LEVEL-FELONY       ,3RD DEG
            PROSC DATA-AMENDED       ,LARCENY-
                              THEFT
                STATUTE/ORDINANCE-                LEVEL-FELONY       ,3RD DEG
                DISP DATE-10/22/2004              DISP-NO ACTION TAKEN
                COUNSEL-PRIVATE    TRIAL-         PLEA-
      SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
      ----------------------------------------------------------------------
      ARREST- 10   12/03/2004    OBTS NO.-3702059274
          ARREST AGENCY-LEON COUNTY SHERIFF'S OFFICE              (FL0370000)
          AGENCY CASE-TL04251655                     OFFENSE DATE-
          CHARGE 001-PROB VIOLATION-                          ,
                  GRAND THEFT                               ,PRINCIPAL
                  STATUTE/ORDINANCE-FL948.06        LEVEL-
          CHARGE 002-PROB VIOLATION-                          ,



                    ===       66600          ===
```

```
        SID NBR: 5028422    PURPOSE CODE:P             PAGE NBR:   9


              BURGLARY OF CONVEYANCE                      ,PRINCIPAL
              STATUTE/ORDINANCE-FL948.06        LEVEL-
   JUDICIAL-
     AGENCY-2ND CIRCUIT COURT - TALLAHASSEE                (FL037035J)
        CHARGE 001 -COURT SEQ             COURT NO.-372002CF001278AXXXXX
           SUPPLEMENTAL ARREST DATA-
              STATUS-REARREST      ,OBT 3702033367  LEVEL-FELONY      ,3RD DEG
              COUNSEL-UNKNOWN      TRIAL-           PLEA-
        SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
        CHARGE 002 -COURT SEQ             COURT NO.-372002CF001278AXXXXX
           SUPPLEMENTAL ARREST DATA-
              STATUS-REARREST      ,OBT 3702033367  LEVEL-FELONY      ,3RD DEG
              COUNSEL-UNKNOWN      TRIAL-           PLEA-
        SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
   ------------------------------------------------------------------------
          **** THE FOLLOWING IS A STATUS RECORD -- NOT AN ARREST ****
   ARREST-  11   01/21/2005    OBTS NO.-0013334501
      ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE              (FL0480000)
         AGENCY CASE-340708                     OFFENSE DATE-
         CHARGE 001-CRIMINAL REGISTRATION (NOT AN ARREST)-    ,
                GT
                BOOKING STATUS-NOT PROSECUTED RELEASED
   ------------------------------------------------------------------------
   ARREST-  12   02/18/2005    OBTS NO.-4802047123
      ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE              (FL0480000)
         AGENCY CASE-340708                     OFFENSE DATE-
         CHARGE 001-LOITERING-                                ,
                OR PROWLING
                STATUTE/ORDINANCE-FL856.021    LEVEL-MISDEMEANOR,2ND DEG
         CHARGE 002-POSSESSION OF WEAPON-                     ,
                BY CONVICTED FELON FIREARM OR CONCEALED WEAPON
                STATUTE/ORDINANCE-FL790.23     LEVEL-FELONY      ,2ND DEG
         CHARGE 003-FORGERY OF-                               ,
                ALTER PUBLIC RECORD CERTIFICATE ETC
                STATUTE/ORDINANCE-FL831.01     LEVEL-FELONY      ,3RD DEG
                BOOKING STATUS-TURNED OVER TO ANOTHER AGENCY
                   FL0530000
         CHARGE 004-PASS FORGED-                              ,
                ALTERED INSTRUMENT
                STATUTE/ORDINANCE-FL831.02     LEVEL-FELONY      ,3RD DEG


                    ===       66600         ===
```

```
        SID NBR: 5028422    PURPOSE CODE:P              PAGE NBR:  10


              -TURNED OVER TO ANOTHER AGENCY
                FL0530000
    CHARGE 005-LARCENY-
            THEFT IS  300 OR MORE BUT LESS THAN  5000
              STATUTE/ORDINANCE-FL812.014           LEVEL-FELONY    ,3RD DEG
              -TURNED OVER TO ANOTHER AGENCY
                FL0530000
JUDICIAL-
  AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO              (FL048015A)
    CHARGE 001 -COURT SEQ                    COURT NO.-482005CF002166000AOX
       PROSC DATA-SAME AS ABOVE,LOITERING-
                        LOITERING OR PROWLING
            STATUTE/ORDINANCE-                  LEVEL-MISDEMEANOR,2ND DEG
            DISP DATE-07/14/2005                DISP-NO ACTION TAKEN
            COUNSEL-UNKNOWN     TRIAL-          PLEA-
     SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
    CHARGE 002 -COURT SEQ                    COURT NO.-482005CF002166000AOX
       PROSC DATA-SAME AS ABOVE,POSSESSION OF WEAPON-
                        POSSESS CONCEALED WEAPON BY CONVICTED FELON
            STATUTE/ORDINANCE-                  LEVEL-FELONY    ,2ND DEG
            DISP DATE-07/14/2005                DISP-NO ACTION TAKEN
            COUNSEL-UNKNOWN     TRIAL-          PLEA-
     SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
  AGENCY-STATE ATTORNEY'S OFFICE - BARTOW               (FL053015A)
    CHARGE 003 -COURT SEQ                    COURT NO.-532005CF00049501XXXX
       PROSC DATA-AMENDED      ,FORGERY-
                        FORGERY
            STATUTE/ORDINANCE-                  LEVEL-FELONY    ,3RD DEG
            DISP DATE-07/14/2005                DISP-NOLLE PROSSED
            COUNSEL-UNKNOWN     TRIAL-          PLEA-
    CHARGE 004 -COURT SEQ                    COURT NO.-532005CF00049501XXXX
       PROSC DATA-SAME AS ABOVE,PASS FORGED-
                        UTTER FORGED INSTRUMENT
            STATUTE/ORDINANCE-                  LEVEL-FELONY    ,3RD DEG
            DISP DATE-07/14/2005                DISP-NOLLE PROSSED
            COUNSEL-UNKNOWN     TRIAL-          PLEA-
     SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
    CHARGE 005 -COURT SEQ                    COURT NO.-532005CF00049501XXXX
       PROSC DATA-SAME AS ABOVE,LARCENY-
                        GRAND THEFT OVER 300 LESS THAN 20K DOLS



              ===         66600            ===
```

```
     SID NBR:  5028422    PURPOSE CODE:P              PAGE NBR:   11


              STATUTE/ORDINANCE-                 LEVEL-FELONY     ,3RD DEG
              DISP DATE-07/14/2005               DISP-NOLLE PROSSED
              COUNSEL-UNKNOWN     TRIAL-         PLEA-
         SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
 ---------------------------------------------------------------------------
 ARREST-  13    02/23/2005    OBTS NO.-4801057935
     ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE            (FL0480000)
       AGENCY CASE-340708                     OFFENSE DATE-
       CHARGE 001-PROB VIOLATION-                          ,
            REF UNK FEL MISD JUV NON CRITERIA
            STATUTE/ORDINANCE-FL948.06         LEVEL-FELONY
       CHARGE 002-LOITERING-                              ,
            OR PROWLING
            STATUTE/ORDINANCE-FL856.021        LEVEL-MISDEMEANOR,2ND DEG
       CHARGE 003-POSSESSION OF WEAPON-                   ,
            BY CONVICTED FELON FIREARM OR CONC WEAP
            STATUTE/ORDINANCE-FL790.23         LEVEL-FELONY     ,2ND DEG
       CHARGE 004-FORGERY OF-                             ,
            ALTER PUBLIC RECORD CERT ETC
            STATUTE/ORDINANCE-FL831.01         LEVEL-FELONY     ,3RD DEG
            BOOKING STATUS-TURNED OVER TO ANOTHER AGENCY
                 FL0530000
       CHARGE 005-PASS FORGED-                            ,
            ALTERED INSTRUMENT
            STATUTE/ORDINANCE-FL831.02         LEVEL-FELONY     ,3RD DEG
            BOOKING STATUS-TURNED OVER TO ANOTHER AGENCY
                 FL0530000
       CHARGE 006-LARCENY-                                ,
            THEFT IS 300 OR MORE BUT LESS THAN 5000 DOLS
            STATUTE/ORDINANCE-FL812.014        LEVEL-FELONY     ,3RD DEG
            BOOKING STATUS-TURNED OVER TO ANOTHER AGENCY
                 FL0530000
     JUDICIAL-
       AGENCY-9TH CIRCUIT COURT - ORLANDO                   (FL048015J)
       CHARGE 001 -COURT SEQ              COURT NO.-482004CF011773B001OX
            SUPPLEMENTAL ARREST DATA-
                 STATUS-REARREST     ,OBT 4801048882  LEVEL-
                 COUNSEL-UNKNOWN     TRIAL-          PLEA-
            CRT PROVISIONS- REF VOPTR BURGLARY OF CONVEYANCE
         AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO           (FL048015A)


                    ===      66600       ===
```

```
         SID NBR:  5028422    PURPOSE CODE:P           PAGE NBR:   12


    CHARGE 002 -COURT SEQ                     COURT NO.-482005CF002166A001OX
        SUPPLEMENTAL ARREST DATA-
             STATUS-REARREST    ,OBT 4802047123  LEVEL-
             COUNSEL-UNKNOWN    TRIAL-           PLEA-
          CRT PROVISIONS- REF LOITERING OR PROWLING
    CHARGE 003 -COURT SEQ                     COURT NO.-482005CF002166A001OX
        SUPPLEMENTAL ARREST DATA-
             STATUS-REARREST    ,OBT 4802047123  LEVEL-
             COUNSEL-UNKNOWN    TRIAL-           PLEA-
          CRT PROVISIONS- REF POSSESS CONCEALED WEAPON BY CONVICTED FELON
    AGENCY-STATE ATTORNEY'S OFFICE - BARTOW                (FL053015A)
    CHARGE 004 -COURT SEQ                     COURT NO.-532005CF00049501XXXX
        SUPPLEMENTAL ARREST DATA-
             STATUS-REARREST    ,OBT 4802047123  LEVEL-
             COUNSEL-UNKNOWN    TRIAL-           PLEA-
          CRT PROVISIONS- REF FORGERY
    AGENCY-STATE ATTORNEY'S OFFICE - ORLANDO               (FL048015A)
    CHARGE 005 -COURT SEQ                     COURT NO.-532005CF00049501XXXX
        SUPPLEMENTAL ARREST DATA-
             STATUS-REARREST    ,OBT 4802047123  LEVEL-
             COUNSEL-UNKNOWN    TRIAL-           PLEA-
          CRT PROVISIONS- REF UTTER FORGED INSTRUMENT
    AGENCY-STATE ATTORNEY'S OFFICE - BARTOW                (FL053015A)
    CHARGE 006 -COURT SEQ                     COURT NO.-532005CF00049501XXXX
        SUPPLEMENTAL ARREST DATA-
             STATUS-REARREST    ,OBT 4802047123  LEVEL-
             COUNSEL-UNKNOWN    TRIAL-           PLEA-
          CRT PROVISIONS- REF GRAND THEFT OVER 300 LESS THAN 20K DOLS
---------------------------------------------------------------------------
  ARREST- 14   03/03/2008      OBTS NO.-4806017149
    ARREST AGENCY-ORANGE COUNTY SHERIFF'S OFFICE              (FL0480000)
    AGENCY CASE-340708                        OFFENSE DATE-
    CHARGE 001-OUT OF COUNTY WARRANT
          STATUTE/ORDINANCE-FL901.04           LEVEL-
          BOOKING STATUS-TURNED OVER TO ANOTHER AGENCY
                FL0370000
  JUDICIAL-
    AGENCY-OFFICE OF ATTORNEY GENERAL - DEPT LEGAL AFFAIRS    (FL037015A)
       CHARGE 001 -COURT SEQ                   COURT NO.-372008CF000377A00100
          PROSC DATA-AMENDED        ,LARCENY-


                ===       66600        ===
```

```
          SID NBR:  5028422    PURPOSE CODE:P              PAGE NBR:  13


                              GRAND THEFT 300 OR MORE BUT <5K DOLS REF OCW
                   STATUTE/ORDINANCE-              LEVEL-FELONY    ,3RD DEG
                   DISP DATE-05/22/2008            DISP-NO ACTION TAKEN
                   COUNSEL-UNKNOWN    TRIAL-       PLEA-
           AGENCY-CHIEF JUSTICE SUPREME COURT - TALLAHASSEE      (FL037015J)
             ADDED   CHG -COURT SEQ              COURT NO.-372008CF000377A00100
                PROSC DATA-W/O PROSC INV
                COURT DATA-NEW           ,POSSESSION OF WEAPON-
                              POSS WEAPON BY CONV FELON FA OR CONCEALED WEAP
                   STATUTE/ORDINANCE-              LEVEL-FELONY
                   DISP DATE-08/10/2009            DISP-GUILTY/CONVICTED
                   COUNSEL-UNKNOWN    TRIAL-       PLEA-
                   SENT DATE-08/10/2009
                           CONCURRENT ,08CF886
                   PROBATION-  5Y
              CRT PROVISIONS- PROB TERM 11232009
  -----------------------------------------------------------------------------
  ARREST- 15   04/13/2008        OBTS NO.-4802087412
      ARREST AGENCY-ORLANDO POLICE DEPARTMENT                   (FL0480400)
        AGENCY CASE-340708                        OFFENSE DATE-
        CHARGE 001-OUT OF COUNTY WARRANT                              ,
             STATUTE/ORDINANCE-FL901.04            LEVEL-
             BOOKING STATUS-TURNED OVER TO ANOTHER AGENCY
                 FL0370000
    JUDICIAL-
       AGENCY-CHIEF JUSTICE SUPREME COURT - TALLAHASSEE         (FL037015J)
         CHARGE 001 -COURT SEQ                  COURT NO.-372008CF000886A00100
             PROSC DATA-W/O PROSC INV
             COURT DATA-AMENDED       ,BURGLARY-
                              BURGLARY OF CONVEYANCE
                   STATUTE/ORDINANCE-              LEVEL-FELONY
                   DISP DATE-08/10/2009            DISP-GUILTY/CONVICTED
                   COUNSEL-UNKNOWN    TRIAL-       PLEA-NOLO-CONTENDRE
                   SENT DATE-08/10/2009
                   CONFINEMENT-                   2D,COUNTY
                           CONCURRENT ,08CF377
                   SUSPENDED SENT-                CREDITED TIME-          2D
                   PROBATION-  5Y
                   DR LIC SUSP-                   RESTITUTION-  $3526
                   FINE-    $525                  COURT COST-   $420


                    ===       66600        ===
```

```
      SID NBR: 5028422    PURPOSE CODE:P           PAGE NBR:  14


         CRT PROVISIONS- PROB TERM 11232009
ADDED   CHG -COURT SEQ                      COURT NO.-372008CF000886A00200
   PROSC DATA-W/O PROSC INV
   COURT DATA-NEW           ,LARCENY-
                            GRAND THEFT
         STATUTE/ORDINANCE-                   LEVEL-FELONY      ,3RD DEG
         DISP DATE-08/10/2009                 DISP-GUILTY/CONVICTED
         COUNSEL-UNKNOWN    TRIAL-            PLEA-NOLO-CONTENDRE
         SENT DATE-08/10/2009
         CONFINEMENT-                   2D,COUNTY
                 CONCURRENT ,EA CHG
         SUSPENDED SENT-                      CREDITED TIME-         2D
         PROBATION-  5Y
         CRT PROVISIONS- PROB TERM 11232009
ADDED   CHG -COURT SEQ                      COURT NO.-372008CF000886A00300
   PROSC DATA-W/O PROSC INV
   COURT DATA-NEW           ,DAMAGE PROP-CRIM MISCH-
                            CRIMINAL MISCHIEF >200 DOLS <1000 DOLS DAMAGE
         STATUTE/ORDINANCE-                   LEVEL-MISDEMEANOR,1ST DEG
         DISP DATE-08/10/2009                 DISP-GUILTY/CONVICTED
         COUNSEL-UNKNOWN    TRIAL-            PLEA-NOLO-CONTENDRE
         SENT DATE-08/10/2009
         CONFINEMENT-                   2D,COUNTY
                 CONCURRENT ,EA CHG
         SUSPENDED SENT-                      CREDITED TIME-         2D
ADDED   CHG -COURT SEQ                      COURT NO.-372008CF000886A00400
   PROSC DATA-W/O PROSC INV
   COURT DATA-NEW           ,LARCENY-
                            GRAND THEFT OF MOTOR VEHICLE
         STATUTE/ORDINANCE-                   LEVEL-FELONY      ,3RD DEG
         DISP DATE-08/10/2009                 DISP-GUILTY/CONVICTED
         COUNSEL-UNKNOWN    TRIAL-            PLEA-NOLO-CONTENDRE
         SENT DATE-08/10/2009
         CONFINEMENT-                   2D,COUNTY
                 CONCURRENT ,EA CHG
         SUSPENDED SENT-                      CREDITED TIME-         2D
         PROBATION-  5Y
         CRT PROVISIONS- PROB TERM 11232009
AGENCY-OFFICE OF ATTORNEY GENERAL - DEPT LEGAL AFFAIRS    (FL037015A)
ADDED   CHG -COURT SEQ                      COURT NO.-372008CF000886A00500


               ===       66600         ===
```

```
    SID NBR:  5028422    PURPOSE CODE:P              PAGE NBR:  15


    PROSC DATA-W/O PROSC INV
    COURT DATA-NEW          ,BURGLARY-
                            BURGLARY OF CONVEYANCE
        STATUTE/ORDINANCE-                    LEVEL-FELONY
        DISP DATE-08/10/2009                  DISP-GUILTY/CONVICTED
        COUNSEL-UNKNOWN    TRIAL-             PLEA-NOLO-CONTENDRE
        SENT DATE-08/10/2009
        CONFINEMENT-                  2D,COUNTY
               CONCURRENT ,EA CHG
        SUSPENDED SENT-                       CREDITED TIME-     2D
        PROBATION-  5Y
      CRT PROVISIONS- PROB TERM 11232009
AGENCY-CHIEF JUSTICE SUPREME COURT - TALLAHASSEE          (FL037015J)
ADDED   CHG -COURT SEQ                    COURT NO.-372008CF000886A00600
    PROSC DATA-W/O PROSC INV
    COURT DATA-NEW          ,LARCENY-
                            GRAND THEFT
        STATUTE/ORDINANCE-                    LEVEL-FELONY    ,3RD DEG
        DISP DATE-08/10/2009                  DISP-GUILTY/CONVICTED
        COUNSEL-UNKNOWN    TRIAL-             PLEA-NOLO-CONTENDRE
        SENT DATE-08/10/2009
        CONFINEMENT-                  2D,COUNTY
               CONCURRENT ,EA CHG
        SUSPENDED SENT-                       CREDITED TIME-     2D
        PROBATION-  5Y
      CRT PROVISIONS- PROB TERM 11232009
ADDED   CHG -COURT SEQ                    COURT NO.-372008CF000886A00700
    PROSC DATA-W/O PROSC INV
    COURT DATA-NEW          ,DAMAGE PROP-CRIM MISCH-
                            CRIMINAL MISCHIEF >200 DOLS <1000 DOLS DAMAGE
        STATUTE/ORDINANCE-                    LEVEL-MISDEMEANOR,1ST DEG
        DISP DATE-08/10/2009                  DISP-GUILTY/CONVICTED
        COUNSEL-UNKNOWN    TRIAL-             PLEA-NOLO-CONTENDRE
        SENT DATE-08/10/2009
        CONFINEMENT-                  2D,COUNTY
               CONCURRENT ,EA CHG
        SUSPENDED SENT-                       CREDITED TIME-     2D
ADDED   CHG -COURT SEQ                    COURT NO.-372008CF000886A00800
    PROSC DATA-W/O PROSC INV
    COURT DATA-NEW          ,BURGLARY-


              ===        66600         ===
```

```
        SID NBR: 5028422    PURPOSE CODE:P              PAGE NBR:  16


                            BURGLARY OF CONVEYANCE
             STATUTE/ORDINANCE-                     LEVEL-FELONY
             DISP DATE-08/10/2009                   DISP-GUILTY/CONVICTED
             COUNSEL-UNKNOWN    TRIAL-              PLEA-NOLO-CONTENDRE
             SENT DATE-08/10/2009
             CONFINEMENT-                   2D,COUNTY
                       CONCURRENT ,EA CHG
             SUSPENDED SENT-                        CREDITED TIME-      2D
             PROBATION- 5Y
        CRT PROVISIONS- PROB TERM 11232009
   ADDED  CHG -COURT SEQ                     COURT NO.-372008CF000886A00900
      PROSC DATA-W/O PROSC INV
      COURT DATA-NEW            ,LARCENY-
                             GRAND THEFT
             STATUTE/ORDINANCE-                     LEVEL-FELONY    ,3RD DEG
             DISP DATE-08/10/2009                   DISP-GUILTY/CONVICTED
             COUNSEL-UNKNOWN    TRIAL-              PLEA-NOLO-CONTENDRE
             SENT DATE-08/10/2009
             CONFINEMENT-                   2D,COUNTY
                       CONCURRENT ,EA CHG
             SUSPENDED SENT-                        CREDITED TIME-      2D
             PROBATION- 5Y
        CRT PROVISIONS- PROB TERM 11232009
   ADDED  CHG -COURT SEQ                     COURT NO.-372008CF000886A01000
      PROSC DATA-W/O PROSC INV
      COURT DATA-NEW            ,BURGLARY-
                            BURGLARY OF CONVEYANCE
             STATUTE/ORDINANCE-                     LEVEL-FELONY
             DISP DATE-08/10/2009                   DISP-GUILTY/CONVICTED
             COUNSEL-UNKNOWN    TRIAL-              PLEA-NOLO-CONTENDRE
             SENT DATE-08/10/2009
             CONFINEMENT-                   2D,COUNTY
                       CONCURRENT ,EA CHG
             SUSPENDED SENT-                        CREDITED TIME-      2D
             PROBATION- 5Y
        CRT PROVISIONS- PROB TERM 11232009
   ADDED  CHG -COURT SEQ                     COURT NO.-372008CF000886A01100
      PROSC DATA-W/O PROSC INV
      COURT DATA-NEW            ,LARCENY-
                             GRAND THEFT


                  ===       66600         ===
```

```
SID NBR:  5028422    PURPOSE CODE:P              PAGE NBR:  17

            STATUTE/ORDINANCE-            LEVEL-FELONY       ,3RD DEG
            DISP DATE-08/10/2009          DISP-GUILTY/CONVICTED
            COUNSEL-UNKNOWN     TRIAL-    PLEA-NOLO-CONTENDRE
            SENT DATE-08/10/2009
            CONFINEMENT-                  2D,COUNTY
                     CONCURRENT ,EA CHG
            SUSPENDED SENT-               CREDITED TIME-         2D
            PROBATION-  5Y
     CRT PROVISIONS- PROB TERM 11232009
    ADDED  CHG -COURT SEQ                 COURT NO.-372008CF000886A01200
      PROSC DATA-W/O PROSC INV
      COURT DATA-NEW         ,DAMAGE PROP-CRIM MISCH-
                              CRIMINAL MISCHIEF
            STATUTE/ORDINANCE-            LEVEL-FELONY
            DISP DATE-08/10/2009          DISP-GUILTY/CONVICTED
            COUNSEL-UNKNOWN     TRIAL-    PLEA-NOLO-CONTENDRE
            SENT DATE-08/10/2009
            CONFINEMENT-                  2D,COUNTY
            SUSPENDED SENT-               CREDITED TIME-         2D
            PROBATION-  5Y
     CRT PROVISIONS- PROB TERM 11232009
```
------------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE
OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBU-
TED THE RECORD INFORMATION. IF YOU DID NOT SUBMIT FINGERPRINTS, THIS RECORD IS
PROVIDED AS A RESULT OF A NAME INQUIRY ONLY. POSITIVE IDENTIFICATION CAN ONLY
BE VERIFIED BY SUBMISSION OF A FINGERPRINT CARD AND COMPARISON BY FDLE. THIS
RECORD WAS REQUESTED PURSUANT TO 943.053(3), F.S.
UNKNOWN AS TO NATIONAL RECORD STATUS.
      AS MANDATED BY FLORIDA STATUTE 119.071(5), FULL SOCIAL
      SECURITY NUMBERS ARE NOW EXEMPT FROM PUBLIC DISCLOSURE
      AND MAY BE DISCLOSED ONLY TO GOVERNMENTAL ENTITIES AND
      CERTAIN COMMERCIAL ENTITIES (UPON A SHOWING OF BUSINESS
      NECESSITY AS DEFINED BY THE LAW). FDLE WILL, HOWEVER,
      RELEASE THE LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER.
      EXAMPLE: XXX XX 1234.
END OF RECORD


                     ===      66600       ===

Administrator, User Services Bureau
Florida Dept. of Law Enforcement
Sworn and Subscribed before me this
25th day of April, 2012
by Tesle Kindey, who is
personally known to me

[Notary stamp: JOHN J. PRCHAL, MY COMMISSION # EE 036675, EXPIRES: October 24, 2014, Bonded Thru Notary Public Underwriters]

[Signature: John J. Prchal]