LEON COUNTY SHERIFF'S OFFICE
RECORDS MANAGEMENT OFFICE

CERTIFIED TRUE COPY

PROBABLE CAUSE   Patti Bailey #1403     4-13-12
SIGNATURE - I.D.#              DATE

Contact TPD for additional info.

TO: FIRST APPEARANCE MAGISTRATE
DEFENDANT: Torey Breedlove
CASE NUMBER: 08-2744, 08-2746, 08-2747, 08-2748, 08-2755
CHARGES: Burglary of a Conveyance (4 counts), Grand Theft (3 counts), Grand Theft Firearm (2 counts), Grand Theft Auto (1 count), Criminal Mischief Over $1000 (1 count).

SUMMARY OF OFFENSES AND PROBABLE CAUSE AFFIDAVIT:
On the morning of January 24, 2008, the Tallahassee Police Department received calls from five different victims in the immediate area of Old St Augustine Rd and Midyette Rd. The following are their accounts.

**Thaddous McBurrows** said he parked his Ford F-150 in front of his apartment building at ▮▮▮▮▮▮ on January 23, 2008. The next morning he discovered that someone had attempted to take the rims from his vehicle. The rims are valued at around $2500 and are chrome 26inch "DUB" spinners. They had locks behind the center caps. The center caps were heavily damaged during the theft attempt.

McBurrows then discovered his vehicle had been entered through an unlocked door and his wallet and Sprint Treo PDA had been stolen. McBurrows contacted Bank of America to put a "stop" on his credit card. He learned the card was used at a Chevron on N. Monroe Street at 6:37am (case # 08-2755).

**David Azadi** said he parked his Lincoln Navigator in a parking space at his apartment complex at ▮▮▮▮▮▮ on January 24, 2008. His four tires were secured to the vehicle, with one locking lug nut on each tire. It appeared that the suspect(s) attempted to steal the tires and encountered the locking lug nuts. The suspect(s) then broke the passenger side window, rummaged through the glove box, and center console, looking for the lug nut key. The suspect(s) found the lug nut key in a Sam's Club bag (also stolen from inside the vehicle) in the back seat and removed the tires and rims (26" limited 900). The suspect(s) placed concrete blocks under the vehicle after removing the tires. (Case # 08-2744)

**Dustin Muyres** parked his Ford F-150 in front of ▮▮▮▮▮▮ on January 23, 2008. Suspect(s) gained entry into the vehicle by punching and shattering the corner of the driver's side window. The window was then removed and thrown under the truck. A Jensen flip screen DVD/CD player valued at $700 was then removed from the dashboard (case # 08-2747).

**Samantha Meek's** Cadillac was parked at ▮▮▮▮▮▮, on January 23, 2008. Suspect(s) removed tires and rims valued at $4000 (case # 08-2748).


EXHIBIT L

Tyler Chesson's parked his vehicle, a 2004 Grey Dodge Ram Extended Cab Pick-up, at ▓▓▓▓▓▓▓▓▓▓ on January 24, 2008 and it was stolen sometime during the night (case # 08-2746).

When McBurrows called his credit card company, he learned the card was used at the Monroe St. Chevron at 6:35 am this date at pumps 6 and 8. Surveillance video shows two vehicles at those pumps at those times, with contact being made between the drivers, one of which was a black male.
One of the vehicles was a Grey Dodge Ram Extended Cab Pick-up, stolen earlier in the day (auto theft Case # 08-2746). The other vehicle appeared to be a dark color GMC 4 door SUV with a roof rack and custom rims.

At 5:00pm on 01/24/08, Officer Scott Angulo located the stolen Dodge Ram truck on the West side of 2800 N. Monroe St. (America's Best Value Inn). Parked at right angles to the stolen truck, was a dark 4 door GMC Denali.

Officers obtained tag information from the GMC Denali and then went to the front office to see if the registered owner was a guest at the hotel. Officers learned that Corey Breedlove was a guest and registered in on 1/23/08. He was in room 112.

Two subjects were observed exiting room 112 and entering the GMC Denali. Officers Angulo, Clark and Harvey approached them. They agreed to speak and readily provided their Florida Driver's Licenses.

Torey Breedlove stated that he was in town to visit friends and hang out. He said that he had been in town a few days and had been staying at a friend's house off Apalachee Pkwy. He stated they intended to be in town until Monday.

John Baker stated that they arrived in Tallahassee at about 11pm on 1/23 and got a room at that time. He said that they were in town to see a friend sing at The Moon nightclub.

Based on the limited information available to officers at the time, both subjects were allowed to leave in the Denali.

After they left, Officer Angulo noticed the curtains to room 112, rented in Breedlove's name, were not fully closed. Through the opening, at least one large size custom rim could be seen inside room 112. This tire and rim matched one taken from David Azadi at the Augustine Club Apartments, 2001 Old St. Augustine Rd. TPD, case 08-2744. Police broadcasts were then issued to attempt to locate the Denali, and it was quickly located at the Governor's Square Mall. However, it fled at high speed from marked police cars using lights and sirens and it was decided not to pursue the vehicle.

Inv. Anne Johnson conducted an inventory search of the stolen Dodge Ram truck and located a tri-fold wallet on the front bench seat. Inside of the wallet were several credit cards and identification cards belonging to Thaddous McBurrows. Also located was a lug

nut key used to unlock various rims. This lug nut key did not match the rims on the Dodge truck.

A search warrant was then prepared and signed by Judge Ron Flury on January 24, 2008 and executed on room #112. The following stolen items were located inside room #112:

**Apple Ipod** Serial # 8L748HWMY5N---Stolen from inside the Dodge Ram truck grand theft auto case # 08-2746.
**Jensen Car Stereo** System Serial # unknown model # UV7I---stolen from auto burglary case # 08-2747.
**Sam's Club bag with tools**---Stolen from auto burglary case #08-2744.
**26" Limited Rims/Tires**---Stolen from auto burglary case #08-2744.
**22" Verde Rims/Tires**---Stolen from auto burglary case # 08-2748.
**Taurus Millennium Pro .45 Handgun** Serial # NYG15215--- Reported stolen to the Orange County Sheriff's Department on October 10, 2005 (case # 05089868)
**Taurus PT .40 Handgun** Serial # SZG61781--- Reported stolen to the Orange County Sheriff's Department on December 14, 2007 (case # 07123853).

Other items located in room #112 that have not been reported as stolen:

Desert Eagle .44 Handgun serial # 30200781
Uncle Mike's Holster
Dual Car Stereo serial # NSA0009815
Black & Decker Charger
Black & Decker Drill with bit
Black & Decker Battery
Miscellaneous clothing

Criminal History checks reveal that Breedlove had one felony conviction on 2/25/05 for burglary. Baker had three felony convictions for burglary on 5/12/06, a grand theft conviction on 4/15/02, and kidnapping/ aggravated battery conviction on 12/15/98.

**The preceding occurred in the City of Tallahassee in Leon County, FL and is true to the best of my present knowledge or belief.**

SIGNATURE _____ 591 /TALLAHASSEE POLICE DEPARTMENT

NOTARY/ASA _____ 730 Notarization: Sworn and subscribed before me this ___6___ day of __MARCH__ 2008  My commission expires: _____

ORDER: THIS CAUSE coming before me as a First Appearance Magistrate, and having reviewed the preceding Affidavit, find: _____ Probable cause sufficient; _____ Probable cause not sufficient and unless corrected within seventy-two hours, the defendant shall be released on his own recognizance.

Bond Amount Requested _____    _____
                                    JUDGE SIGNATURE

*No PC on theft of FA in 2005*