IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIFFANYE BREEDLOVE as personal
representative of the estate of Torey Breedlove,
deceased, TAMESHA PRINCE                    Case No.: 6:11-CV-991-ORL-28-GJK
on behalf of T.B.1, SHARELLE TYSON
on behalf of T.B.2, and TERESA
JONES on behalf of T.B.3 and T.B.4,

    Plaintiffs,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING DEPOSITION TRANSCRIPT OF DEMETRIUS BAKER

Defendant, Hartford Life and Accident Insurance Company, by its undersigned counsel hereby files the following deposition transcript in support of Defendant's Motion for Summary Judgment:

1. Deposition transcript of Demetrius Baker taken on April 30, 2012 including all exhibits.

    s/ Jeannine Jacobson_____
    JEANNINE C. JACOBSON
    Florida Bar No. 058777
    E-mail:  jeannine.jacobson@sedgwicklaw.com
    Sedgwick LLP
    2400 East Commercial Boulevard, Suite 1100
    Fort Lauderdale, FL  33308
    Telephone:    (954) 958-2500
    Facsimile:     (954) 958-2513
    Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** service of a true copy of the foregoing document on this 1st day of June, 2012, by electronic filing and the CM/ECF system, which will send notice to the attorneys listed on the attached service list.

          s/ Jeannine Jacobson_____
          JEANNINE C. JACOBSON

## SERVICE LIST
Breedlove v. Hartford Life & Accident Ins. Co. et al.
Case No. 6:11-CV-991-ORL-28-GJK
United States District Court, Middle District of Florida

| | |
|---|---|
| Angelique Jackson, Esq.<br>aaj@leverslaw.com<br>The Levers & Jackson Law Firm<br>2930 Okeechobee Blvd.<br>Suite 210<br>West Palm Beach, FL 33409<br>(561) 721-6200 (p)<br>(561) 721-6202 (f)<br>Attorneys for Plaintiff | |

02489-000139\633\dxs