

EXHIBIT 19
Defendant's
Baker
4-30-12