22



EXHIBIT 22
Defendant's
Baker
4-30-12

