EXHIBIT 23
Defendant's
Baker
4-30-12

