# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TIFFANYE BREEDLOVE,  AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF TOREY BREEDLOVE,
DECEASED, TAMESHA PRINCE,
SHARELLE TYSON, TERESA JONES,

**Plaintiffs,**

-vs-                                                            **Case No.  6:11-cv-991-Orl-28TBS**

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

**Defendant.**

---

## ORDER

This case is before the Court on Defendant's Proposed Bill of Costs (Doc. No. 94) filed November 14, 2012.  The United States Magistrate Judge has submitted a report recommending that the Proposed Bill of Costs be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiffs' objections to the Report and Recommendation (Doc. No. 101), the objections are **OVERRULED**.  The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed December 28, 2012 (Doc. No. 101) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant's Proposed Bill of Costs (Doc. No. 94) is **GRANTED in part** and **DENIED in part.**

3.     Defendant Hartford Life and Accident Insurance Company is awarded the following costs from Plaintiffs:

| | |
|---|---|
| Fees of the Clerk | $350.00 |
| Fees for service of subpoenas | $605.00 |
| Fees for transcripts | $2,982.27 |
| Fees for witnesses | $341.78 |
| Fees for exemplification and copies | $993.96 |
| TOTAL | $5,273.01 |

4.     The Clerk of the Court is directed to enter judgment in favor of Defendant and against Plaintiffs in the total amount set forth above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13___ day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party